**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>　　Plaintiff<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>　　Defendants | Case No.: 2:23-cv-01466-APG-EJY<br><br>**Order Dismissing Case** |

I previously ordered plaintiff Michael Sternberg to show cause why this case should not be dismissed without prejudice for failure to comply with Local Rule 7.1-1 and the court's notices. ECF No. 10.  I advised Sternberg that if he did not file a certificate of interested parties or otherwise respond to this order by November 3, 2023, I would dismiss this case without prejudice. *Id.*  Sternberg has not responded.

I THEREFORE ORDER that plaintiff Michael Sternberg's complaint (ECF No. 1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 7th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE