# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>    Plaintiff<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01466-APG-EJY<br><br>**Order Reopening Case** |

I ORDER that plaintiff Michael Sternberg's motion for reconsideration (ECF No. 14) is GRANTED. The clerk of court is instructed to reopen this case.

DATED this 17th day of November, 2023.

                                                                    ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE