UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No. 2:23-cv-01466-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SHELLEY WARNECK, et al., | |
| Defendants. | |

    Pending before the Court is Plaintiff's Motion for Order Allowing More time to Effectuate Service. ECF No. 19. Plaintiff's Motion explains that his delay in accomplishing service within the 90 days permitted under Federal Rule of Civil Procedure 4(m) was caused by a failure to receive electronic notices of filings (a problem that has been resolved) and a severe case of COVID that lasted over three weeks. Plaintiff further explains that while this matter was initially closed, it was reopened by the Court after the Court received and granted Plaintiff's Motion for Reconsideration. ECF No. 16. The Court finds good cause for Plaintiff's request to extend the date by which service must be accomplished.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Order Allowing More Time to Effectuate Service (ECF No. 19) is GRANTED.

    IT IS FURTHER ORDERED that effective service of all defendants must occur no later than February 1, 2024.

    Dated this 12th day of December, 2023.

                                                          ELAYNA J. YOUCHAH
                                                          UNITED STATES MAGISTRATE JUDGE