# EXHIBIT 1

# Filed Under Seal

Findings and Order After Hearing, dated May 3, 2022