Marc J. Randazza, NV Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendant
Shelley Warneck

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>  Plaintiff,<br><br>v.<br><br>SHELLEY WARNECK, et. al.,<br><br>  Defendants. | Case No. 2:23-cv-01466-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**First Request** |

Plaintiff Michael C. Sternberg, Defendant Shelley Warneck, Defendant Tristan Aeschleman, and Defendant Adames & Ash, LLP (collectively, the "Parties") hereby stipulate as follows:

1. Plaintiff filed his Complaint (ECF No. 1) on September 20, 2023.

2. Defendants Warneck, Aeschleman, and Adames & Ash, LLP returned signed waivers of service, and their deadline to respond to the Complaint is January 22, 2024.

3. Defendant Warneck has filed a Motion to Consolidate Cases (ECF No. 24) on January 3, 2024, seeking to consolidate this matter with the related case of *Sternberg v. Warneck*, No. 2:23-cv-02022-GMN-BNW.

4. Plaintiff intends to file an amended complaint adding causes of action in addition to those asserted in the Complaint.

5. For the sake of efficiency and conservation of resources of both the Court and the Parties, the Parties stipulate to extend Defendants Warneck, Aeschleman, and Adames & Ash, LLP's deadline to file a responsive pleading or motion to dismiss until 21 days after *both* (1) Plaintiff has filed an Amended Complaint *and* (2) the Court has decided the Motion to Consolidate Cases.

6. The Parties preserve and do not waive any claims, objections, or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any Party.

Wherefore, the Parties pray that the Court approve the terms of this Stipulation.

Dated: January 19, 2024.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorney for Defendant
Shelley Warneck

/s/ Marc S. Cwik
Marc S. Cwik, NV Bar No. 006946
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4374
Marc.Cwik@lewisbrisbois.com

Attorney for Defendants
Tristan Aeschleman and
Adames & Ash, LLP

/s/ Michael C. Sternberg
Michael C. Sternberg
8545 W. Warm Springs Road, Ste. A4 #256
Las Vegas, NV 89113
sternberg_michael@yahoo.com

Plaintiff, *Pro Se*

**[PROPOSED] ORDER**

IT IS SO ORDERED: Defendant Shelley Warneck, Defendant Tristan Aeschleman, and Defendant Adames & Ash, LLP are not required to file a responsive pleading or motion to dismiss until 21 days after (1) Plaintiff has filed an Amended Complaint and (2) the Court has decided the Motion to Consolidate Cases.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 19, 2023

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorney for Defendant
Shelley Warneck