1  JENNIFER M. McMENOMY, Esq.
   Nevada State Bar No. 14239
2  McMENOMY LAW, PLLC
   100 Vine Street
3  Reno, Nevada 89503
   Telephone: (775) 525-8850
4  Email: Jennifer@McMenomylaw.com

5  *Attorneys for Defendants Vern Pierson;*
   *Brittany Griffith; Jeff Dreher; Joseph Alexander;*
6  *Rich Horn*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG | Case No. 2:23cv1466 |
| Plaintiff | Dept. No. |
| vs. | |
| SHELLEY WARNECK, et. al, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| Defendants. | |

Plaintiff MICHAEL C. STERNBERG and Defendants VERN PIERSON; BRITTANY GRIFFITH; JEFF DREHER; JOSEPH ALEXANDER; and RICH HORN (collectively, "the Parties") hereby stipulate as follows:

1. Plaintiff filed his Complaint on September 20, 2023 (ECF No. 1).

2. Defendants Pierson, Griffith, Dreher, Alexander, and Horn were served with Plaintiff's Complaint on January 10, 2024.

3. On January 3, 2024, Defendant SHELLEY WARNECK, filed a Motion to Consolidate this case with the related case of *Sternberg v. Warneck*, Case No. 2:2-cv-01466-APG-EJY.

4. Plaintiff intends to file an amended complaint adding causes of action in addition to those asserted in the Complaint.

1

5.      For the sake of efficiency and conservation of resources of both the Court and the Parties, the Parties stipulate to extend Defendants' Pierson, Griffith, Dreher, Alexander, and Horn deadline to file a responsive pleading or motion to dismiss until 21 days after both (1) Plaintiff has filed an Amended Complaint and (2) the Court has decided the Motion to Consolidate Cases.

6.      The Parties preserve and do not waive any claims, objections, or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any Party.

WHEREFORE, the Parties pray that the Court approves the terms of this Stipulation.

DATED this 30th day of January, 2024.

|  |  |
|---|---|
|  | McMENOMY LAW, PLLC |
| By: /s/ Michael C. Sternberg | By: _____ |
| Michael C. Sternberg | Jennifer McMenomy, Esq. |
| 8545 W. Warm Springs Road | 100 Vine Street |
| Ste A4 #256 | Reno, Nevada 89503 |
| Las Vegas, Nevada 89113 | *Attorneys for Defendants Vern Pierson;* |
| *Plaintiff Pro Se* | *Brittany Griffith; Jeff Dreher; Joseph Alexander; Rich Horn* |

**[PROPOSED] ORDER**

IT IS SO ORDERED: Defendants Vern Pierson, Brittany Griffith, Jeff Dreher, Joseph Alexander and Rich Horn are not required to file a responsive pleading or motion to dismiss until 21 days after (1) Plaintiff has filed an Amended Complaint and (2) the Court has decided the Motion to Consolidate the Case.

**IT IS SO ORDERED:**

_/s/ Elayna J. Zouchah_
UNITED STATES MAGISTRATE JUDGE

DATED: January 31, 2024

Respectfully submitted:

JENNIFER M. McMENOMY, Esq.
Nevada State Bar No. 14239
McMENOMY LAW, PLLC
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850
Email: Jennifer@McMenomylaw.com

*Attorneys for Defendants Vern Pierson;
Brittany Griffith; Jeff Dreher; Joseph Alexander;
Rich Horn*

3