UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>Plaintiff,<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>Defendants. | Case No. 2:23-cv-01466-APG-EJY<br><br>**ORDER** |

In light of the Motion to Dismiss (ECF No. 72) and Objection (ECF No. 73) filed on February 7, 2024 by District Attorney Jeff Rosen, the Court *sua sponte* stays its January 31, 2024 Order granting payment of cost associated with service of Plaintiff's Complaint. ECF No. 58. The primary basis for the Court's Order was Mr. Rosen's failure to respond to Plaintiff's motion seeking costs. It now appears there is serious question as to whether waiver of service was properly attempted. There is also a question of whether the Court can exercise jurisdiction over Mr. Rosen—an issue not raised and, therefore, not before the Court at the time Plaintiff's motion seeking costs was considered.

Accordingly, IT IS HEREBY ORDERED that the Court's Order at ECF No. 58 is STAYED until such time as the Motion to Dismiss is decided.

Dated this 8th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1