UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>Plaintiff,<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>Defendants. | Case No. 2:23-cv-01466-APG-EJY<br><br>**ORDER** |

Before the Court is Defendant Michelle Brenot's Motion for Permission to Electronically File in the Court's CM/ECF filing system. ECF No. 75. The Court grants Defendant's request under Local Rule IC 2-1(b), which states a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Defendant Michelle Brenot's Motion for Permission to Electronically File (ECF No. 75) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall forward the Consent for Electronic Service of Documents form, ECF No. 75 at 4, to the Help Desk to configure Defendant's CM/ECF account.

Dated this 9th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1