UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL C. STERNBERG,

    Plaintiff,

v.

SHELLEY WARNECK, et al.,

    Defendants

Case No. 2:23-cv-01466-APG-EJY

**ORDER CERTIFYING CASE TO CALIFORNIA ATTORNEY GENERAL**

    Plaintiff Michael Sternberg filed a "Notice of Constitutional Challenge Pursuant to FRCP 5.1." ECF No. 39. Under 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I certify to the Attorney General for the State of California that the constitutionality of California Family Code § 7643 has been called into question in this case. Under Rule 5.1(c), the Attorney General has 60 days from the date of this order to intervene in this case, if it chooses to do so.

    I THEREFORE ORDER the clerk of court to mail a copy of this order to the Attorney General for the State of California, via certified mail, return receipt requested, at the following address:

> Hon. Rob Bonta
> Office of the Attorney General
> 1300 "I" Street
> Sacramento, California 95814-2919

    DATED this 12th day of February, 2024.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE