Michelle Brenot
465 N 4th Street
San Jose, California 95112
(408) 891-9622
michellebrenot@gmail.com

Self-Represented Defendant

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No.: 2:23-cv-01466-APG-EJY |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| SHELLY WARNECK, et. al., | |
| Defendant | |

   Plaintiff Michael C. Sternberg and Defendant Michelle Brenot hereby stipulate as follows:

   1.   Plaintiff filed his Complaint in *Sternberg v. Warneck,* Case No. 2:23-cv-02022-GMN-BNW listing Michelle Brenot as a Defendant on December 7, 2023.

   2.   On January 29, 2024, the Court ordered the consolidation of Case No. 2:23-cv-02022-GMN-BNW with Case No. 2:23-cv-01466-APG-EJY, designating Case No. 2:23-cv-01466-APG-EJY as the lead case.  (ECF No. 49).

   3.   Plaintiff has advised that he intends to file an amended complaint adding causes of action in addition to those asserted in the original Complaint.

4. For the sake of efficiency and conservation of resources of both the Court and the Parties, the Parties stipulate to extend Defendant Michelle Brenot's deadline to file a responsive pleading, motion to dismiss or motion for a more definite statement until 30 days after Plaintiff has filed an Amended Complaint.

5. The Parties preserve and do not waive any claims, objections or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any Party.

Wherefore, the Parties pray that the Court approve the terms of this Stipulation.

Dated: February 8, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael C. Sternberg | /s/ Michelle Brenot |
| Michael C. Sternberg | Michelle Brenot |
| 8545 W. Warm Springs Road, Ste. A4 #256 | 465 N 4th Street |
| Las Vegas, NV  89113 | San Jose, CA 95112 |
| Sternberg_michael@yahoo.com | michellebrenot@gmail.com |
| | |
| Plaintiff, *Pro Se* | Defendant, *Pro Se* |

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED: Defendant Michelle Brenot is not required to file a responsive pleading, motion to dismiss or motion for more definite statement until 30 days after Plaintiff has filed and served an Amended Complaint.

ITS IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2024

Respectfully submitted,

February 8, 2024

/s/ Michelle Brenot
465 N 4th Street
San Jose, California 95112
Telephone: (408) 891-9622
michellebrenot@gmail.com

Defendant