Defendant List Attachment to Pro Se 1983 Complaint

1. Shelley Warneck
2. Tristan Aeschleman
3. Adames & Ash, LLP
4. Rich Horn (individual capacity)
5. Joseph Alexander (individual capacity)
6. Jeff Draher (individual capacity)
7. Brittany Griffith (individual capacity)
8. Vern Pierson (individual capacity)
9. Dave Monroe (individual capacity)
10. Gina Lovero (individual capacity)
11. Brent Foster (individual capacity)
12. D. Ulloa, Nevada Attorney General's Office (individual capacity)
13. William Scott (individual capacity)
14. Christine (CJ) Brady (individual capacity)
15. Aaron Ford (individual and official capacity)
16. Caroline Morales (individual capacity)
17. Steve Wolfson (individual capacity)
18. Cindy Hendrickson (individual and official capacity)
19. Brooke Blecher (individual and official capacity)
20. Roberta Hayashi (individual and official capacity)
21. Thomas Kuhnle (individual and official capacity)
22. Presiding Judge Beth McGowan (individual capacity) and the Santa Clara County Superior Court (en banc - official capacities)
23. Presiding Justice Mary Greenwood (individual capacity) and the 6th California District Court of Appeals (en banc - official capacities)
24. Chief Justice Patricia Guerrero and the California Supreme Court (en banc - official capacities)
25. Michelle Brenot
26. Magdalena Chattopadhya
27. Magdalena Law Group
28. Gina Policastri
29. Lonich Patton Ehrlich Policastri P.C.
30. Santa Clara County, California
31. City of San Jose, California
32. El Dorado County, California
33. City of South Lake Tahoe, California
34. Las Vegas Metropolitan Police Department (LVMPD)
35. Clark County, Nevada
36. FBI Agent Mark #21560 (individual capacity)
37. FBI Employee Erin and other Unknown Agents of Las Vegas Field Office (individual capacities)
38. Santa Clara Sheriff Deputy Doerr #2462 (individual capacity)
39. Santa Clara Sheriff Sergeant Davis #2191 (individual capacity)

Defendant List Attachment to Pro Se 1983 Complaint

40. Santa Clara Sheriff Lieutenant Moore #1908 (individual capacity)
41. Lee Straus (individual capacity)
42. Sherry Diamond (individual capacity)
43. Santa Clara County Bar Association
44. Theodore Zayner (individual capacity)
45. Charles Adames (individual capacity)
46. LVMPD Employee Ellie #9393 (individual capacity)
47. LVMPD Detective Boyl (internal affairs - individual capacity)
48. LVMPD Lieutenant Adam Seely (internal affairs - individual capacity)
49. LVMPD Lieutenant Boveda (internal affairs - individual capacity)
50. LVMPD Lopez #9495 (individual capacity)
51. LVMPD Ohr #17719 (individual capacity)
52. LVMPD Johnson #15889 (individual capacity)
53. LVMPD Tenant #6763 (individual capacity)
54. LVMPD Sgt. Stark (missing persons - individual capacity)
55. LVMPD Captain Joshua Martinez (individual capacity)
56. LVMPD Sergeant Jorge Marty (individual capacity)
57. LVMPD Investigator Ashely Shenk #14622 (individual capacity)
58. LVMPD Sergeant Gallup (CCW Section - individual capacity)
59. Eric Goodman (individual and official capacity)
60. CCSD Police Sergeant Elfberg (individual capacity)
61. CCSD Police Chief Henry Blackeye (individual capacity)
62. Jeff Rosen (individual capacity)
63. Jay Boyarsky (individual capacity)
64. Tracy Tefertiller (individual capacity)
65. Maria Gershenovich (individual capacity)
66. Rob Imobersteg (individual capacity)
67. Brandon Stallings (individual capacity)
68. Scott Karpf (individual capacity)
69. Melanie Dorian (individual capacity)
70. David Aigboboh, (individual capacity)
71. Arianna Le (individual capacity)
72. Drew Aresca (individual capacity)
73. Sandra Hernandez (individual capacity)
74. Chelsey Smith (individual capacity)
75. Judicial Council of California
76. Does 1-100