Defendant List Attachment w/ Contact Info. to Pro Se 1983 Complaint

1. Shelley Warneck, 19656 Braemar Drive, Saratoga, CA 95070, (408) 508-0880, swarneck@aol.com
2. Tristan Aeschleman, 1550 The Alameda Ste 308, San Jose, CA 95126, (650) 995-5095, tristan@adamesashllp.com
3. Adames & Ash, LLP, 1550 The Alameda Ste 308, San Jose, CA 95126, (650) 995-5095
4. Rich Horn (individual capacity), Investigator, 778 Pacific Street, Placerville, CA 95667-6481, (530)-621-6474
5. Joseph Alexander (individual capacity), Chief Assistant District Attorney, 778 Pacific Street, Placerville, CA 95667-6481, (530)-621-6474
6. Jeff Draher (individual capacity), Investigator, 778 Pacific Street, Placerville, CA, 95667-6481, (530) 621-6474
7. Brittany Griffith (individual capacity) Deputy District Attorney, 778 Pacific Street, Placerville, CA 95667-6481 (530) 621-6474
8. Vern Pierson (individual capacity), District Attorney, 778 Pacific Street, Placerville, CA, 95667-6481 (530)-621-6474
9. Dave Monroe (individual capacity), Investigator, 100 North Carson Street, Carson City, NV 89701 (775) 684-1100
10. Gina Lovero (individual capacity), Investigator, 100 North Carson Street, Carson City, NV 89701 (775) 684-1100
11. Brent Foster (individual capacity), Investigator, 100 North Carson Street, Carson City, NV 89701 (775) 684-1100
12. D. Ulloa (individual capacity), Investigator, 100 North Carson Street, Carson City, NV 89701 (775) 684-1100
13. William Scott (individual capacity), Supervisor, 100 North Carson Street, Carson City, NV 89701, (775) 684-1100
14. Christine (CJ) Brady (individual capacity), Second Assistant Attorney General, 100 North Carson Street, Carson City, NV 89701, (775) 684-1100
15. Aaron Ford (individual and official capacity), Nevada Attorney General, 100 North Carson Street, Carson City, NV 89701 (775) 684-1100
16. Caroline Morales (individual capacity), Deputy District Attorney, 200 Lewis Avenue, Las Vegas, NV 89101, (702)-671-2500
17. Steve Wolfson (individual capacity), Deputy District Attorney, 200 Lewis Avenue, Las Vegas, NV 89101, (702)-671-2500

18. Cindy Hendrickson (individual and official capacity), 191 N First Street, San Jose, CA 95113, (408) 534-5610, department65@scscourt.org
19. Brooke Blecher (individual and official capacity), 191 N First Street, San Jose, CA 95113, (408) 534-5610, department72@scscourt.org
20. Roberta Hayahi, (individual and official capacity), 191 N First Street, San Jose, CA 95113, (408) 695-5070, department105@scscourt.org
21. Thomas Kuhnle (individual and official capacity), 191 N First Street, San Jose, CA 95113, (408) 534-5610, department73@scscourt.org
22. Beth McGowan (individual and official capacity) & Santa Clara Superior Court (official capacities) 191 N First Street, San Jose, CA 95113, (408) 882-2700
23. Mary Greenwood (individual and official capacity) and the California Sixth District Court of Appeals (official capacities), 333 West Santa Clara Street Suite 1060, San Jose, CA 95113, (408) 277-1004, sixth.District@jud.ca.gov
24. Patricia Guerrero and the California Supreme Court (official capacities), 350 McAllister Street, San Francisco, CA 94102, 415-865-7000
25. Michelle Brenot, 465 N 4th Street, San Jose, CA 95112, (408) 891-9622, michellebrenot@gmail.com
26. Magdalena Chattopadhya, 300 S 1st Street Ste 228, San Jose, CA 95113, (408) 201-4468, magdalena@magdalena-law.com
27. Magdalena Law Group, 300 S 1st Street Ste 228, San Jose, CA 95113, (408) 201-4468, magdalena@magdalena-law.com
28. Gina Policastri, 1871 The Alameda Ste 400, San Jose, CA 95126, (408) 553-0801, gpolicastri@lpeplaw.com
29. Lonich Patton Ehrlich Policastri P.C., 1871 The Alameda Ste 400, San Jose, CA 95126, (408) 553-0801, gpolicastri@lpeplaw.com
30. Santa Clara County, 70 West Hedding Street, 11th Floor, San Jose, CA 95110, (408) 299-5105
31. City of San Jose, 200 East Santa Clara St., San Jose, CA 95113, (408) 535-8111, sandra.cranford@sanjoseca.gov
32. El Dorado County, 330 Fair Lane, Placerville, CA 95667, (530) 621-5567
33. City of South Lake Tahoe, 1901 Lisa Maloff Way, South Lake Tahoe, CA 96150, (530) 542-6000, jirvin@cityofslt.us
34. Las Vegas Metropolitan Police Department (LVMPD), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
35. Clark County, 500 S. Grand Central Parkway, Las Vegas, NV 89155

36. FBI Agent Mark #21560 (individual capacity), 1787 West Lake Mead Blvd., Las Vegas, NV 89106-2135, (702) 385-1281
37. FBI Employee Erin and other Unknown Agents of Las Vegas Field Office (individual capacities), 1787 West Lake Mead Blvd., Las Vegas, NV 89106-2135, (702) 385-1281
38. Santa Clara Sheriff Deputy Doerr #2462 (individual capacity), 55 West Younger Avenue, San Jose, CA 95110-1721, (408) 808-4400
39. Santa Clara Sheriff Sergeant Davis #2191 (individual capacity), 55 West Younger Avenue, San Jose, CA 95110-1721, (408) 808-4400
40. Santa Clara Sheriff Lieutenant Moore #1908 (individual capacity), 55 West Younger Avenue, San Jose, CA 95110-1721, (408) 808-4400
41. Lee Straus (individual capacity), Assistant Presiding Arbitrator, 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
42. Sherry Diamond (individual capacity), Lawyer, P.O. Box 26457, San Jose, CA, 95159, (669) 252-6014
43. Santa Clara County Bar Association, P.O. Box 26457, San Jose, CA, 95159, (669) 252-6014
44. Theodore Zayner (individual capacity), Judge, 191 N First Street, San Jose, CA 95113, (408) 882-2700
45. Charles Adames (individual capacity), Judge, 191 N First Street, San Jose, CA 95113, (408) 882-2700
46. LVMPD Employee Ellie #9393 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
47. LVMPD Detective Boyl (internal affairs - individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
48. LVMPD Lieutenant Adam Seely (internal affairs - individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
49. LVMPD Lieutenant Boveda (internal affairs - individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
50. LVMPD Lopez #9495 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
51. LVMPD Ohr #17719 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
52. LVMPD Johnson #15889 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com

53. LVMPD Tenant #6763 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
54. LVMPD Sgt. Stark (missing persons - individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
55. LVMPD Captain Joshua Martinez (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
56. LVMPD Sergeant Jorge Marty (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
57. LVMPD Investigator Ashely Shenk #14622 (individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
58. LVMPD Sergeant Gallup (CCW Section - individual capacity), 400 S. Martin L. King Blvd., Las Vegas, NV 89106, (702) 828-3111, pio@lvmpd.com
59. Eric Goodman (individual and official capacity), Judge, 200 Lewis Avenue, Las Vegas, NV 89101, (702) 671-0836, LVJCDepartment11@ClarkCountyNV.gov
60. CCSD Police Sergeant Elfberg (individual capacity), 120 Corporate Park Drive, Henderson, NV 89074, (702) 799-7830
61. CCSD Police Chief Henry Blackeye (individual capacity), 120 Corporate Park Drive, Henderson, NV 89074, (702) 799-7830
62. Jeff Rosen (individual capacity), District Attorney, 70 W Hedding Street, West Wing, San Jose, CA 95110, (408) 792-2855
63. Jay Boyarsky (individual capacity), Chief Assistant District Attorney, 70 W Hedding Street, West Wing, San Jose, CA 95110, (408) 792-2855
64. Tracy Tefertiller (individual capacity), Deputy District Attorney, 70 W Hedding Street, West Wing, San Jose, CA 95110, (408) 792-2855
65. Maria Gershenovich (individual capacity), District Attorney, 70 W Hedding Street, West Wing, San Jose, CA 95110, (408) 792-2855
66. Rob Imobersteg (individual capacity), Investigator, 70 W Hedding Street, West Wing, San Jose, CA 95110, (408) 792-2855
67. Brandon Stallings (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
68. Scott Karpf (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
69. Melanie Dorian (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000

70. David Aigboboh, (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
71. Arianna Le (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
72. Drew Aresca (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
73. Sandra Hernandez (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
74. Chelsey Smith (individual capacity), 180 Howard Street, San Francisco, CA 94105, (415) 538-2000
75. Judicial Council of California, 455 Golden Gate Avenue, San Francisco, CA 94102-3688, (415) 865-4586
76. Does 1-100, Unknown