Causes of Action Attachment to Pro Se 1983 Complaint

**1. Violation of Nevada Revised Statute 125C.0075**

On 7/7/19, Shelley Warneck relocated E.W. and N.W. without my written consent and before a court entered an order granting her primary physical custody and permission to relocate them. From 7/7/19 to 9/29/21, Shelley Warneck filed numerous false sworn, documents with the Santa Clara County Superior Court, and allowed Tristan Aeschleman to do the same, in order to obstruct the due course of justice, and to prolong the temporary move-away of E.W. and N.W. She then relocated them again on 9/29/21, without a final court order granting her primary physical custody and permission to relocate them. To date, Shelley Warneck still does not have a final court order granting her primary physical custody and permission to relocate E.W. and N.W.

**2. Abuse of Process**

Shelley Warneck brought two legal actions for an ulterior purpose other than resolving a dispute when after having relocated my children without my consent and without prior permission of a court, she initiated, or caused to be initiated, proceedings in the Santa Clara County Superior Court (2019 - Civil) and the El Dorado County Superior Court (2021 - Criminal). In both cases she willfully used irregular conduct in the proceedings, when she knowingly filed false documents, made false statements to the court, county investigators, and/or Nevada Attorney General agents, and when she allowed Tristan Aeschleman to do the same for the purpose of obstructing the due course of justice, conspiring to violate my constitutional rights, enriching Tristan Aeschleman and Adames and Ash LLP, and retaining the children from me in another state.

**3. Tortious Interference with Parental Rights**

I have a fundamental right to the care, custody, and control of E.W. and N.W, and to a parental and custodial relationship with them. I have never surrendered that right. Shelley Warneck intentionally interfered with that right by removing the children from Nevada under

Causes of Action Attachment to Pro Se 1983 Complaint

false pretenses, relocating them without my consent, using unlawful tactics to withhold them from me, and to prevent me from exercising my parental and custodial rights from 2019 to the present day.

**4. California Civil Code 49**

I am a guardian entitled to the care, custody, and control of E.W. and N.W. Shelley Warneck abducted them from Nevada on 7/7/19, and again on 9/29/21, and continues to use unlawful means to withhold them in the State of California.

**5. Civil Conspiracy**

Shelley Warneck, Tristan Aeschleman, and Adames and Ash LLP, planned, coordinated, and executed the unlawful relocation of my children from Nevada as outlined in this complaint for the purpose of harming and interfering with my rights to my children, to ambush me in order to obstruct the due course of justice, and to unjustly enrich Tristan Aeschleman and Adames and Ash LLP.

**6. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Article 1 Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On 8/7/19, Judge Roberta Hayashi, acted under color of California law, denied me, E.W., and N.W., due process, the right to petition the government, the equal protection of the laws, and my clearly established right to the care, custody, and control of my children, when she advocated for Shelley Warneck in a Nevada court based on ex parte declarations, when she refused my request to respond to the ex parte declarations, when she did not order the return of my children on 9/18/19 once Shelley Warneck admitted she abducted them, and when Hayashi signed, on 9/27/19, without jurisdiction, a jurisdictional Finding and Order after Hearing, which Tristan Aeschleman sent her ex parte. Hayashi intended to and succeeded in, unreasonably seizing my children. Shelley Warneck, Tristan Aeschleman, and Adames & Ash

Causes of Action Attachment to Pro Se 1983 Complaint

LLP, conspired with each other, and with Roberta Hayashi, by filing false documents in the Santa Clara County, CA court to perpetuate the unreasonable seizure of my children, for the purpose of obstructing and defeating the due course of justice, to enrich themselves, to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. They took steps prior to, and on, 8/7/19 to coordinate with Hayashi, and then cemented the violations by sending Hayashi a void jurisdictional order to sign. Tristan Aeschleman violated California Rule of Professional Conduct 8.4, when he knowingly assisted, solicited, and induced Hayashi to act contrary to the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when he failed to report her. Michelle Brenot knowingly assisted Hayashi in violating my rights, when she announced on 8/7/19 that she was "specially appearing" on my behalf, without my consent, and did nothing to try to stop Hayashi and Aeschleman, and when she failed to report them. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, and I am being denied the care, custody, and control of my children based on the above conduct, and the participants continue to contribute to the deprivation of my rights, and fail to make mandatory reports.

**7. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Article 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 9/18/19 to 10/30/19, Judge Roberta Hayashi, acted under color of California law, violated my, E.W., and N.W.'s due process rights, right to the equal protection of the laws, and my clearly established right to the care, custody, and control of my children, when she, without notice to me, and without opportunity to be heard, changed the track of the family law case from a jurisdictional analysis and unlawful temporary move-away to a full blown custody evaluation and perpetual temporary move-away, and when she coerced me into agreements, based on her false representations, and after unreasonably seizing my children, and then modified the agreements, without my consent. Hayashi intended to, and succeeded

Causes of Action Attachment to Pro Se 1983 Complaint

in, perpetuating the detention and unreasonable seizure of my children, and the denial of my clearly established right to the care, custody, and control of them. Shelley Warneck, Tristan Aeschleman, Adames & Ash LLP, Magdalena Law Group, and Magdalena Chattopadhya conspired with each other, and with Roberta Hayashi, when they solicited and assisted Hayashi, did not report her, and acted based on her orders, which they knew were unlawful, and obtained by fraud for the purpose of violating my clearly established constitutional rights, obstructing and defeating the due course of justice, prolonging the unreasonable seizure of my children, and to enrich themselves. Magdalena Chattopadhya furthered the conspiracy when she breached my explicit agreement with her that she would provide legal services for a jurisdictional challenge. Tristan Aeschleman and Magdalena Chattopadhya violated California Rule of Professional Conduct 8.4, when they knowingly assisted, solicited, and induced Hayashi to act contrary to the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when they failed to report her. The conspirators intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, and I am being denied the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of my, E.W., and N.W.'s rights, and fail to make mandatory reports.

**8. Breach of Contract/Malpractice, 28 USC 2201 - Professional Misconduct**

On 8/8/19, I executed a contract for services with Magdalena Chattopadhya and the Magdalena Law Group. The agreement was for specific services related to a jurisdictional challenge. Magdalena Chattopadhya breached the agreement by allowing Hayashi to sign a void jurisdictional order on 9/27/19, without challenge, and again on 10/30/19, when she allowed Hayashi to deprive me of rights without notice,  and to change the track of the family

law case from a jurisdictional analysis to something else, and did not object, and did not report Hayashi for judicial misconduct.

**9. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Article 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On 6/24/20, Judge Cindy Hendrickson, acted under color of California law, violated my, E.W., and N.W.'s due process rights, and my clearly established right to the care, custody, and control of my children, when she, without notice to me, and without an opportunity for me to be heard, modified my agreements without my consent, and unreasonably seized my children for entire school year. Hendrickson intended to, and succeeded in, perpetuating the unreasonable seizure of my children, denying my clearly established right to the care, custody, and control of them, to due process, and to the equal protection of the laws. Shelley Warneck, Tristan Aeschleman, Adames & Ash LLP, Gina Policastri, and Lonich, Patton, Ehrlich, and Policastri PC conspired with each other, and with Cindy Hendrickson, when, for the purpose of violating my clearly established constitutional rights, obstructing and defeating the due course of justice, prolonging the unreasonable seizure of my children, and enriching themselves, they did not object to Hendrickson's conduct, acted upon her orders, which they knew were unlawful and obtained by fraud. They conspired with the intent to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman and Gina Policastri violated California Rule of Professional Conduct 8.4, when they knowingly assisted, solicited, and induced Hendrickson to violate the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when they failed to report her. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, and I am being denied the right to the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of rights, and fail to make mandatory reports.

Causes of Action Attachment to Pro Se 1983 Complaint

**10. Breach of Contract/Malpractice, 28 USC 2201 - Professional Misconduct**

On or about 3/23/20, I executed a contract with Lonich Patton Ehrlich and Policastri, P.C. to provide legal services for the return of my abducted children. From 3/23/20 to 6/24/20, Gina Policastri and Lonich Patton Ehrlich and Policastri, P.C. committed multiple acts of professional misconduct, and breached the contract, when they, without my informed consent and direction, spent tens of thousands of dollars on discovery that they knew, or should have known, had no chance of success. On 6/24/20, they breached the contract when Gina Policastri, without my informed consent, and without my direction, stood by, failed to object, and conspired with Judge Cindy Hendrickson to violate my due process rights, and my clearly established right to the care, custody, and control of my children. She assisted Hendrickson in violating the California Code of Judicial Ethics, and failed to report her in violation of California Rule of Professional Conduct 8.4. On 9/14/22, Gina Policastri and Lonich Patton Ehrlich and Policastri, P.C. further violated the California Rules of Professional Conduct when they filed, or caused to be filed, a fraudulent lawsuit against me in the Santa Clara County Superior Court, in which they falsely alleged that I had executed my contract with them in Santa Clara County, CA, when they knew, I executed it in Las Vegas, NV.

**11. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Article 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 6/24/20 - 12/12/23, Judge Cindy Hendrickson, acted under color of California law, violated my, E.W., and N.W.'s due process rights, equal protection rights, my right to petition the government, and my clearly established right to the care, custody, and control of my children, when she knowingly and willfully issued multiple void orders, including money judgements, and orders denying me care, custody, and control of my children, based solely on inadmissible declarations, and which she knew had not been properly served on me. She

Causes of Action Attachment to Pro Se 1983 Complaint

further violated my due process rights by refusing to allow me to have a trial on disputed issues, refusing to follow California court rules and laws, and by knowingly and willfully participating in numerous felonies committed by Tristan Aeschleman and Shelley Warneck, and by taking active steps to block my attempts to enforce my rights. She twice labeled me a vexatious litigant, without due process, based on facts which she knew were not true for the purpose of blocking my access to the courts and prolonging the unreasonable seizure of my children. She has seized my children for four years, without trial, and has blocked my access to them. Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired with each other, and with Cindy Hendrickson for the purpose of violating my clearly established constitutional rights, obstructing and defeating the due course of justice, to prolong the seizure of my children, and to enrich themselves, when they acted on Hendrickson's orders despite knowing they were unlawful, and when they misrepresented facts regarding these orders to law enforcement. They intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced Hendrickson to violate the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when he failed to report her. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, our right to familial association, and I am being denied my right to petition the government and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of my rights, and fail to make mandatory reports.

**12. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Art. 1 Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On and after 8/11/21, Judge Brooke Blecher, acted under color of California law, violated my, E.W. and N.W.'s due process and equal protection rights, familial association rights and my clearly established right to petition the government and to the care, custody, and control

Causes of Action Attachment to Pro Se 1983 Complaint

of my children, when she knowingly and willfully, without jurisdiction, ordered me to return my children into abduction in California after admitting to not having read the motion papers before her, after evading California court rules and laws, and after refusing to address Tristan Aeschleman's filing of a different version of a motion than what he served on me and his other frauds upon the court. She falsified an agreement I never made, and then signed a Finding an Order After Hearing sent to her ex parte by Tristan Aeschleman in violation of the California Rules of Court. Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired with each other, and with Brooke Blecher for the purpose of violating my clearly established constitutional rights, obstructing and defeating the due course of justice, to prolong the abduction of my children, and to enrich themselves, when they acted on Blecher's orders despite knowing they were unlawful and that they had been obtained by fraud, and when they misrepresented facts regarding these orders to law enforcement. They intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced Blecher to violate the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when he failed to report her. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, and I am being denied the right to petition the government and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of our rights, and fail to make mandatory reports.

**13. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Art. 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On and after 8/24/21, Judge Thomas Kuhnle, acted under color of California law, violated my, E.W., and N.W.'s due process, equal protection, and familial association rights, and my clearly established right to petition the government and to the care, custody, and control of

Causes of Action Attachment to Pro Se 1983 Complaint

my children, when he knowingly and willfully violated California law and the rules of court by signing an ex parte pick up order for my children sent to him by Tristan Aeschleman without notice to me, and which stripped me of all legal and physical custody of my children. He continued to violate my clearly established rights, when on 9/20/21 he refused to follow California law and rules of court, and knowingly participated in Shelley Warneck's and Tristan Aeschleman's fraud upon the court and attempted kidnapping, and when he ordered the unreasonable seizure of my children. Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired on their own, and with Thomas Kuhnle for the purpose of violating my clearly established constitutional rights, obstructing and defeating the due course of justice, to prolong the abduction of my children, and to enrich themselves, when they acted on Kuhnle's orders despite knowing they were unlawful and obtained by fraud, and when they misrepresented facts regarding these orders to law enforcement. They intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced Kuhnle to violate the California Code of Judicial Ethics, the California Constitution, and the U.S. Constitution, and when he failed to report him. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, and I am being denied the right to petition the government and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of our rights, and fail to make mandatory reports.

**14. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1 Sec. 11, 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 7/7/19 - 9/29/21, Rich Horn, Jeff Draher, Joe Alexander, Brittany Griffith, and Vern Pierson, acted under color of California law, violated my, E.W., and N.W's due process rights, our right to be free from unreasonable search and seizure, our right to the equal

Causes of Action Attachment to Pro Se 1983 Complaint

protection of the laws, our right to familial association, my right to keep and bear arms, my right to petition the government, and my clearly established right to the care, custody, and control of my children, when they actively impeded me from reporting the abduction and unreasonable seizure of my children and from seeking an arrest and prosecution of the perpetrators, and when they refused to investigate, to take evidence, or to process evidence I sent them. Rich Horn further violated our enumerated rights, when he drafted at least two investigative reports in which he intentionally failed to mention my lengthy contacts with him and evidence I provided to him, and then recommended pursuance of an arrest warrant for me based on his subterfuge, and when he allowed those reports to be fraudulently filed with the El Dorado County Superior Court. Jeff Rosen and his subordinates actively participated in Rich Horn's sham investigation by sending him cherry pick information to use despite knowing his intentions and that my rights were being violated in the Santa Clara County Superior Court. Jeff Draher, Joe Alexander, Brittany Griffith, and Vern Pierson knew Rich Horn was violating my federally protected rights, and consented, condoned, or approved of his conduct, did nothing to stop him, and actively participated in the fraudulent filings with the court. Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired with each other, and with Vern Pierson, Jeff Rosen, Jeff Draher, Joe Alexander, Brittany Griffith, and Rich Horn for the purpose of violating my constitutional rights, obstructing and defeating the due course of justice, to prolong the unreasonable seizure of my children, and to enrich themselves, when they assisted in the investigation by reporting facts, which they knew to be false in order to affect my false arrest and the unreasonable seizure of my children. They intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced Jeff Rosen, Vern Pierson, Joe Alexander, and Brittany Griffith to violate the California Rules of Professional Conduct, the California Constitution, and the U.S. Constitution, and when he failed to report them. To this day, E.W., N.W, and I are being

Causes of Action Attachment to Pro Se 1983 Complaint

denied due process, equal protection of the laws, familial association, and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of rights, and fail to make mandatory reports.

**15. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1, Sec. 11, 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On 9/24/21, Brittany Griffith, acted under color of California law, violated my, E.W., and N.W.'s due process rights, familial association rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, my right to the care, custody, and control of my children, and my right to keep and bear arms, when she executed, under penalty of perjury, a Declaration in Support of Warrant of Arrest, which she knew or should have known contained false facts, and which she knew or should have known, withheld exculpatory facts from the court. She further violated my enumerated rights when she executed, under penalty of perjury, a two count criminal complaint, which she knew, or should have known, contained false facts. Vern Pierson and Joe Alexander knew of, and condoned, or consented to Brittany Griffith's conduct. Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired with each other, and with Brittany Griffith for the purpose of violating my constitutional rights, obstructing and defeating the due course of justice, to prolong the unreasonable seizure of my children, and to enrich themselves, when they assisted in the investigation by reporting facts, which they knew to be false in order to affect my false arrest and the unreasonable seizure of my children. They intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced Vern Pierson, Joe Alexander, and Brittany Griffith to violate the California Rules of Professional Conduct, the California Constitution, and the U.S. Constitution, and when he failed to report them. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial

Causes of Action Attachment to Pro Se 1983 Complaint

association, and I am being denied my right to petition the government and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of rights, and fail to make mandatory reports.

**16. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1, Sec. 11, 18 & 8 § 2**

From 7/7/19 - 9/29/21, Dave Monroe, Gina Lovero, William Scott, and Aaron Ford, acted under color of Nevada law, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to the care, custody, and control of my children, right to petition the government, and my right to keep and bear arms, when they actively impeded me from reporting the abduction and unreasonable seizure of my children and from seeking an arrest and prosecution of the perpetrators, and when they refused to investigate, to take evidence, or to process evidence I sent them. Dave Monroe and Gina Lovero further violated my, E.W.'s and N.W.'s enumerated rights when they falsely arrested me on 9/29/21 and seized my children and my property on the streets of Las Vegas, NV based on a California warrant that they knew had been obtained by fraud. Dave Monroe, Gina Lovero, and Brent Foster further violated my, E.W.'s, and N.W.'s enumerated rights when they used excessive force to affect the arrest and seizure by pointing guns, or allowing guns to be pointed at me and my children. Brent Foster, D. Ulloa, an unknown agent, William Scott, Christine (CJ) Brady, and Aaron Ford further violated our enumerated rights when they refused to investigate and impeded the reporting and prosecution of my false arrest, seizure of my children and property, and when they withheld my property for almost a year without a warrant. Christine Brady and Aaron Ford further condemned our enumerated rights by violating Nevada Rules of Professional Conduct 8.3 and 8.4, when they engaged in conduct prejudicial to the administration of justice, as described above, and did not report each other's misconduct.

Causes of Action Attachment to Pro Se 1983 Complaint

On or after 12/28/22, Steve Wolfson, acted under color of Nevada law, violated my, E.W.'s, and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to the care, custody, and control of my children, my right to petition the government, and my right to keep and bear arms when he became aware of the crimes and rights deprivations committed by the Nevada Attorney General defendants and refused to investigate and impeded the reporting and prosecution of those crimes and deprivations.

Shelley Warneck, Tristan Aeschleman, and Adames & Ash LLP, conspired on their own, and with Dave Monroe, Gina Lovero, Brent Foster, William Scott, Christine Brady, Steve Wolfson, and Aaron Ford for the purpose of violating my constitutional rights, obstructing and defeating the due course of justice, prolonging the unreasonable seizure of my children, and enriching themselves, when they coordinated with the individuals involved in my false arrest, despite knowing that they were acting unlawfully, and based on fraudulent information, which they themselves had supplied. Within moments of my arrest, and the unreasonable seizure of E.W. and N.W., the children were handed over to Shelley Warneck and removed from Nevada, as was the plan. The conspirators intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Tristan Aeschleman violated California Rule of Professional Conduct 8.4 when he assisted, solicited, and induced the Nevada Attorney General's Office defendants to violate the Nevada Rules of Professional Conduct, the Nevada Constitution, and the U.S. Constitution, and when he failed to report them. To this day, E.W., N.W., and I are being denied due process, equal protection of the laws, familial association, the right to be free from unreasonable seizure, and I am being denied the right to petition the government, and the care, custody, and control of my children based on the above conduct, and the conspirators continue to contribute to the deprivation of our rights, and fail to make mandatory reports.

Causes of Action Attachment to Pro Se 1983 Complaint

**17. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1, Sec. 11, 18 & 8 § 2**

On 9/29/21, Sgt. Elfberg, acted under color of Nevada law, violated my, E.W.'s, and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to be free from excessive force, right to the equal protection of the laws, right to familial association, my clearly established right to the care, custody, and control of my children, and my right to keep and bear arms, when he pointed a gun at me and my children, and detained me. He further violated our enumerated rights, and my right to petition the government, when he subsequently refused to investigate or take evidence of the false arrest and other constitutional rights violations orchestrated by El Dorado Country and Nevada Attorney General personnel, Shelley Warneck, and Tristan Aeschleman, and actively impeded me from reporting and seeking an arrest for crimes of which I and my children were victims. On 2/1/23, Henry Blackeye further violated our enumerated rights, when he endorsed and consented to Sgt. Elfberg's conduct and continued to impede the reporting and prosecution of crimes involving the deprivation of federally protected rights.

**18. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. IV, VIII & XIV, § 1, NV Const. Art. 1, Sec. 6, 7, & 8 § 2**

From approximately 9/29/21 to 10/4/21, unknown employees of the Clark County Detention Center (CCDC), acted under color of Nevada law, violated my right to be free from cruel and unusual punishment when they forced me to sleep on a cement floor in a holding cell that was kept intentionally extremely cold. They refused to provide warm clothing or to increase the temperature. I shivered on the floor for approximately five days before they moved me to a warm cell. During the period of 9/29/21 to 10/11/21, Judge Eric Goodman, acted under color of Nevada law, when he repeatedly violated my rights to due process, equal protection, and to bail by running a so-called fugitive court where the constitutions of the Unites States and the State of Nevada had been completely supplanted by

Causes of Action Attachment to Pro Se 1983 Complaint

unfettered judicial discretion. He refused to grant me bail on several occasions deferring instead to the State of California as to what it wanted to do with my freedom in violation of the Nevada Criminal Extradition Uniform Act and the Nevada and U.S. constitutions. On 10/11/21, during my release, an unknown CCDC employee, acting under color of Nevada law, violated my right to be free from cruel and unusual punishment when he forced me out of the jail and into the cold, without shoes or socks, or warm clothing, and without letting me inventory my property, when he threatened that he would put me back in the jail if I did not comply with the cruel and unusual punishment. Another unknown CCDC employee, acted under color of Nevada law, when he or she violated my right to be free from unreasonable seizure after stealing my firearm magazine, ammunition, and magazine holster.

**19. 42 USC 1983, 42 USC 1985, 28 USC 2201, U.S. Const. amend. IV & XIV, § 1, NV Const. Art. 1, Sec. 18 & 8 § 2**

On 10/4/21, Caroline Morales, acted under color of Nevada law, violated my due process rights, my right to be free from unreasonable search and seizure, and my right to the equal protection of the laws, when she executed, under penalty of perjury, a criminal complaint in a Nevada court, in which she alleged facts which she knew, or should have known, to be false. She further violated my rights when she witnessed Judge Eric Goodman deprive me of federally protected rights, participated in the deprivation, and did not report him in violation of Nevada Rules of Professional Conduct 8.3 and 8.4. Steve Wolfson, acted under color of Nevada law, violated my right to the equal protection of the laws, on or after 12/28/22, when he failed to report Caroline Morales' filing of false sworn documents and participation in constitutional rights violations as required of him pursuant to Nevada Rules of Professional Conduct 8.3 and 8.4, and when he actively impeded me from instigating an investigation and seeking an arrest for these crimes.

Causes of Action Attachment to Pro Se 1983 Complaint

**20**. **42 USC 1983, Monell, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1, Sec. 11, 18 & 8 § 2**

From 7/7/19 - 4/3/23, the Las Vegas Metropolitan Police Department (LVMPD) and its employees - Ellie #9393, Detective Boyl (Internal Affairs), Lt. Adam Seely (Internal Affairs), Lt. Boveda (Internal Affairs), Lopez #9495, Ohr #17719, Johnson #15889, Tenant #6763, Sgt. Stark (Missing Persons), Captain Joshua Martinez (Enterprise Area Commander), Sgt. Jorge Marty (Office of the Sheriff), and other unknown individuals, acted under color of Nevada law, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, and my right to petition the government, my right to the care, custody, and control of my children, and my right to keep and bear arms, when they actively impeded me, in violation of their own polices and Nevada and federal law, from reporting crimes and seeking an arrest for violations of my rights, the unreasonable seizure and abduction of my children, and my false arrest. They further violated my rights by refusing to investigate. Their conduct directly lead to my false arrest, the unreasonable seizure of my property and children, the cruel and unusual punishment I received at CCDC, the revocation of my concealed carry permit, and the deprivation of my right to keep and bear arms.

On 3/2/23, LVMPD and its employees - Investigator Ashley Shenk #14622 and Sgt. Gallup (CCW Section), acted under color of Nevada law, violated my due process rights, my right to equal protection of the laws, and my right to keep and bear arms, when they revoked my Nevada conceal carry permit, and falsely labeled me a prohibited possessor of a firearm. As cover for their violation, they falsely asserted 18 USC 922(n) and NRS 202.3657 Section 3(b) as giving them the authority to deprive me of my constitutional rights.

For the last ten years, LVMPD, acting under color of Nevada law, violated my due process rights, right to equal protection of the laws, and right to keep and bear arms by repeatedly trying to coerce me into signing a waiver form as part of the CCW application that they have no lawful authority to demand, and that their general counsel has conceded they have no

Causes of Action Attachment to Pro Se 1983 Complaint

authority to demand. They have repeatedly impeded me from applying and refused to take my application, because I would not sign the form without striking out parts I deemed unlawful.

**21. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I,II, IV & XIV, § 1, NV Const. Art. Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 6/7/21 to 2/2024, Judges Theodore Zayner, Charles Adams, Brooke Blecher, Beth McGowan, and Mary Greenwood, in their administrative capacities, acted under color of California law, individually and in a conspiracy, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to petition the government, and my right to the care, custody, and control of my children, and infringed my right to keep and bear arms, when they actively impeded me from reporting crimes and rights violations occurring in Santa Clara County, which harmed me in Nevada. They were aware of judicial misconduct, but did nothing to stop it, and did not report it as required by the California Code of Judicial Ethics. They intentionally refused to follow court rules in addressing my judicial and professional misconduct complaints to them. Their intentional disregard for my rights directly lead to my false arrest, the ongoing unreasonable seizure of my children, the deprivation of my due process, equal protection, and familial association rights, and the infringement on my right to keep and bear arms. The conspirators intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. Since 2/2023, Blecher, McGowan, and Greenwood, have stood by and have refused to prevent the commission of the ongoing rights violations alleged in this complaint, despite having the power to prevent them, and continue to refuse make mandatory reports as required under the California Code of Judicial Ethics.

Causes of Action Attachment to Pro Se 1983 Complaint

**22. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I,II, IV, VIII & XIV, § 1, NV Const. Art. 2, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

In 06/2021, Sherry Diamond (aka Sherry the Shredder) and the Santa Clara County Bar Association, acted under color of California law, conspired with each other, and with Judges Zayner and Adames for the purpose of violating my, E.W., and N.W.'s constitutional rights, obstructing and defeating the due course of justice, and with the intent to deny me the equal protection of the laws, when Sherry shredded and did not read the complaint I sent her under Santa Clara County Superior Court Local Rule 3B. The complaint detailed bias, constitutional rights violations, crimes, and professional and judicial misconduct. Her blatant disregard for my rights directly lead to my false arrest, the ongoing unreasonable seizure of my children, the continued denial of my E.W., and N.W.'s due process and equal protection rights, my care, custody, and control of my children, the infringement of my right to keep and bear arms, and the cruel and unusual punishment I suffered at the Clark County Detention Center. Sherry violated California Rule of Professional conduct 8.4. In 2/2024, Judge McGowan continued to refuse to exercise her power to prevent the ongoing abuses, and still will not report Sherry Diamond or take other action required of her under the California Code of Judicial Ethics.

**23. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I & XIV, § 1, NV Const. Art. 1, Sec. 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On 11/27/23, Lee Straus, acted under color of California law, deprived me of the right to petition the government, and conspired with Sherry Diamond and the Santa Clara County Bar Association, for the purpose of violating my due process rights, obstructing and defeating the due course of justice, and with the intent to deny me the equal protection of the laws, when he closed my arbitration request with the California State Bar, and did not report Sherry Diamond for admitting to shredding my complaint in 06/2021, in violation of California Rule

Causes of Action Attachment to Pro Se 1983 Complaint

of Court 8.3 and 8.4. His conduct has helped perpetuate the ongoing unreasonable seizure of my children, and the deprivation of our due process and equal protection rights..

**24. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

During the period of 02/2023 to 02/2024, Judges Brooke Blecher, Beth McGowan, and Mary Greenwood, in their administrative capacities, had knowledge that the wrongs conspired to be done as alleged in this complaint relating to 42 USC 1985 and Santa Clara County, and they had the power to aid in preventing the commission of the same, but neglected or refused so to do. They did not report judicial misconduct as required of them by the California Code of Judicial Ethics, and the California Rules of Court, nor did they report crimes of which they had knowledge to law enforcement despite my specific demands that they do so. Their refusal to report and address judicial and professional misconduct and crimes directly lead to the ongoing unreasonable seizure of my children, and the continued deprivation of my, E.W., and N.W.'s due process, equal protection, and familial association rights, and my clearly established right to the care, custody, and control of my children.

**25. Bivens, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1 Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

During the period 07/2019 to 11/2023, Agent Mark (#21560), and other unknown agents of the FBI, acted under color of federal law, individually and in a conspiracy, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to the care, custody, and control of my children, my right to petition the government, and infringed my right to keep and bear arms, when they actively impeded me from reporting crimes and right violations, refused to take evidence, and refused to investigate. Their intentional disregard for my rights directly lead to my false arrest, the ongoing unreasonable seizure of my children,

Causes of Action Attachment to Pro Se 1983 Complaint

the deprivation of my, E.W., and N.W.'s due process, equal protection, and familial association rights, and the infringement on my right to keep and bear arms. The conspirators intended to deny me the equal protection of the laws, and to injure me for enforcing, or attempting to enforce, my right to the equal protection of the laws. In 11/2023, Erin (Las Vegas Field Station), and other unknown agents had knowledge that the wrongs conspired to be done as alleged in this complaint relating to 42 USC 1985, and events in Clark County, El Dorado County, and Santa Clara County, and they had the power to aid in preventing the commission of the same, but neglected or refused so to do. Their refusal to investigate directly lead to the ongoing unreasonable seizure of my children, and the continued deprivation of my, E.W. and N.W.'s due process, equal protection, and familial association rights, and and my right to the care, custody, and control of my children and my right to petition the government.

**26. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Art. 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

On 10/30/23, Santa Clara County Sheriff personnel Deputy Doerr #2462, Sgt. Davis #2191, and Lt. Moore #1908, acted under color of California law, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to the care, custody, and control of my children, and my right to petition the government, when they refused to allow me to make a report about crimes occurring in the Santa Clara County Superior Court, which I informed them were harming my federally protected rights in Nevada. Their intentional disregard for my rights is perpetuating the unreasonable seizure of my children, and the deprivation of my, E.W, and N.W.'s due process and equal protection rights despite their having the power to prevent the same.

Causes of Action Attachment to Pro Se 1983 Complaint

**27. 42 USC 1983, Monell, 42 USC 1985, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Sec. 11, 18 & 8 § 2)**

From 7/2019 to 2/2024, the Las Vegas Metropolitan Police Department, Clark County, NV, the City of San Jose, CA, Santa Clara County, CA, the City of South Lake Tahoe, CA, and El Dorado County, CA , acted under color of California law, violated my, E.W., and N.W.'s due process rights, right to be free from unreasonable search and seizure, right to the equal protection of the laws, right to familial association, my right to the care, custody, and control of my children, my right to keep and bear arms, and my right to petition the government, when, through their pattern and practice of deliberate indifference, they actively impeded me from reporting crimes of which I was the victim, including deprivation of my federally protected constitutional rights. Their conduct stems from a deeply ingrained culture of corruption and was intended to cover up the rights violations, and to perpetuate them, and to protect their employees from consequences. Their conduct was the moving force for why I, E.W., and N.W. continue to be deprived constitutional rights four years after the original unreasonable seizure and abduction of my children.

**28. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I, IV & XIV, § 1, NV Const. Art. 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 10/2023 to 02/2024, Jeff Rosen, Jay Boyarsky, Tracy Tefertiller, Maria Gershenovich, Rob Imobersteg, Vern Pierson, Joe Alexander, and Brittany Griffith, acted under color of California law in their administrative and investigative capacities, violated my, E.W., and N.W.'s right to due process, equal protection of the laws, right to be free from unreasonable seizure, my right to the care custody, and control of my children, and my right to petition the government, when they ignored, and refused to investigate the constitutional rights violations reported to them by email and/or through this lawsuit. They had explicit knowledge that the wrongs detailed in this complaint, which were conspired to be done in violation of 42 USC 1985, were about to be committed, and were continuing to be committed, and had the power

Causes of Action Attachment to Pro Se 1983 Complaint

to prevent or aid in preventing the same, but refused to do so. Their refusal to investigate and challenge Judge Cindy Hendrickson for rights violations, directly lead to her falsely labeling me a vexatious litigant, without due process, for the second time thus prolonging the unreasonable seizure of my children. They have assisted, in violation of California Rule of Professional Conduct 8.4, Judge Hendrickson in her intentional deprivation of my rights and have not reported her. They have also failed to take the actions required of them under California Rule of Professional Conduct 3.8, despite knowing of credible and material evidence that I was wrongly convicted of a crime due to their misconduct.

**29. 42 USC 1983, 42 USC 1985, 42 USC 1986, 28 USC 2201, U.S. Const. amend. I, II, IV & XIV, § 1, NV Const. Art. 1, Sec. 18 & 8 § 2, CA Const. Art. 1, Sec. 7 & 13**

From 7/2019 to 02/2024, Brandon Stallings, Scott Karpf, Melanie Dorian, David Aigboboh, Arianna Le, Drew Aresca, Sandra Hernandez, and Chelsey Smith, acted under color of California law, violated my, E.W., and N.W.'s right to due process, equal protection of the laws, right to be free from unreasonable seizure, my right to the care custody, and control of my children, my right to bear arms, and my right to petition the government, when they ignored, and refused to investigate, the constitutional rights violations, crimes, and professional misconduct I consistently reported to them, and obstructed me from seeking an investigation and prosecution. They disappeared evidence, and they fabricated evidence. They refused to follow the rules of the State Bar of California, with the intent to perpetuate corruption at the State Bar of California and for the purpose of violating my constitutional rights, obstructing and defeating the due course of justice, prolonging the unreasonable seizure of my children, and enriching themselves by misappropriating federal taxpayer dollars. Since 02/2023, Stallings, Aigboboh, Le, Aresca, Hernandez, and Smith have had the power to prevent or to aid in preventing the ongoing rights violations, but have refused to do so. Despite me detailing specific evidence and where to find it to Brandon Stallings at several

Causes of Action Attachment to Pro Se 1983 Complaint

State Bar of California Board of Trustee meetings, he has failed to take any action required of him pursuant to California Rules of Professional Conduct 3.8, 8.3, and 8.4.

//

//

NOTHING FOLLOWS.