Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL C. STERNBERG, E.W., & N.W.

Plaintiffs

v.

SHELLEY WARNECK, et al.

Defendants

Consolidated Cases:

Case No. 2:23-cv-01466-APG-EJY
Case No. 2:23-cv-02022-APG-EJY

**NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO FRCP 5.1**

## NOTICE

## I. FACTUAL BACKGROUND

On 02/20/24, I filed an amended complaint in these consolidated cases (ECF 86). The complaint draws into question the constitutionality of federal statute 18 USC 922(n).

## II. THE QUESTIONS

1. Is 18 USC 922(n) unconstitutional on its face as it infringes on the right to keep and bear arms (U.S. Const. amend. II)?

2. Is 18 USC 922(n) unconstitutional on its face as it deprives a fundamental right without due process (U.S. Const. amend. V)?

3. Is 18 USC 922(n) unconstitutionally vague and over-broad on its face in that the phrase, “receive any firearm or ammunition which has been shipped or transported in interstate or

foreign commerce" implies that a person has committed a crime by simply handling a firearm or ammunition that was involved in interstate commerce?

4. Is 18 USC 922(n) unconstitutional as applied to Michael C. Sternberg by the Las Vegas Metropolitan Police Department, whereby it was used to label him a "prohibited possessor of a firearm" and to revoke his concealed carry permit.

Dated: February 21, 2024 By: *Michael Sternberg*

Michael C. Sternberg
Plaintiff, Self Represented

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that I mailed a copy to U.S. Attorney General Merrick Garland at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001 using Certified Mail 9589 0710 5270 0507 2367 49, Return Receipt Requested.