**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHELLEY WARNECK, et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-01466-APG-EJY<br><br>**Order Denying Motions to Dismiss as Moot**<br><br>**[ECF Nos. 46, 72]** |

In light of the amended complaint (ECF No. 86),

I ORDER that the motions to dismiss **(ECF Nos. 46, 72) are DENIED as moot** because they are directed at the original complaint.

DATED THIS 22nd day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE