UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:23-cv-01466-APG-EJY<br><br>**ORDER CERTIFYING CASE TO UNITED STATES ATTORNEY GENERAL** |

This case involves a constitutional challenge to a federal statute, specifically 18 U.S.C. § 922(n). *See* ECF Nos. 86, 88. Based on 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the United States that the constitutionality of § 922(n) has been called into question in this action. Under Rule 5.1(c), the Attorney General for the United States has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

**I THEREFORE ORDER** the clerk of court to mail a copy of this order to the Attorney General for the United States, via certified mail, return receipt requested, at the following addresses:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530-0001

United States Attorney's Office
501 Las Vegas Boulevard South, Ste.1100
Las Vegas, NV 89101

DATED THIS 22nd day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE