1  AARON FORD
     Attorney General
2  Marni K. Watkins (Bar No. 9674)
     Chief Litigation Counsel
3  Casey J. Quinn (Bar No. 11248)
     Senior Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 East Washington Ave., Suite 3900
   Las Vegas, NV 89101
6  (702) 486-3420 (phone)
   (702) 486-3773 (fax)
7  mkwatkins@ag.nv.gov
   cquinn@ag.nv.gov

*Attorneys for Attorney General Aaron Ford,
William Scott, Gina Lovero, Dave Monroe, Brent Foster,
Christine Jones Brady, and Daniel Ulloa*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., and N.W.<br><br>Plaintiff(s),<br><br>vs.<br><br>SHELLEY WARNECK; TRISTAN AESCHLEMAN; ADAMES & ASH, LLP; JEFF ROSEN (Official Capacity); RICH HORN (individual and official capacity); JOSEPH ALEXANDER (individual and official capacity); JEFF DRAHER (individual and official capacity); BRITTANY GRIFFITH (individual and official capacity); VERN PIERSON (official capacity); DAVE MONROE (individual and official capacity); GINA LOVERO (individual and official capacity); WILLIAM SCOTT (individual and official capacity); AARON FORD (official capacity); CAROLINE MORALES (individual and official capacity); STEVE WOLFSON (official capacity); and DOES 1-100;<br><br>Defendant(s). | Consolidated Cases:<br><br>Case No. 2:23-CV-01466-APG-EJY<br>Case No. 2:23-CV-02022-APG-EJY<br><br>**STIPULATION AND ORDER ON RESPONSE DATE TO THE FIRST AMENDED COMPLAINT FOR ATTORNEY GENERAL AARON FORD, WILLIAM SCOTT, GINA LOVERO, DAVE MONROE, BRENT FOSTER, CHRISTINE JONES BRADY AND DANIEL ULLOA** |

IT IS HEREBY STIPULATED between Plaintiff Michael Sternberg ("Sternberg") and Defendants Attorney General Aaron Ford ("AG Ford"), William Scott ("Scott"), Gina Lovero ("Lovero"), Dave Monroe ("Monroe"), Brent Foster ("Foster"), Christine Jones Brady ("Brady"), and Daniel Ulloa ("Ulloa") (jointly "NV AG Defendants"), by and through their undersigned counsel of record as follows:

1. Sternberg filed a Complaint on September 20, 2023 naming AG Ford, Scott, Lovero and Monroe as defendants [ECF 1].

2. On or about January 30, 2024, Defendants AG Ford, Scott, Lovero and Monroe filed a Motion to Dismiss [ECF 46].

3. On or about February 20, 2024, Sternberg filed a First Amended Complaint adding Foster, Brady and Ulloa as additional defendants [ECF 86].

4. On or about February 27, 2024, Counsel for Foster, Brady and Ulloa emailed Sternberg waivers of service for Foster, Brady and Ulloa. In this email exchange, Sternberg and counsel for NV AG Defendants agreed to the following briefing schedule:

    a. NV AG Defendants have until April 29, 2024 to file a motion to dismiss or answer the First Amended Complaint.

    b. If Plaintiff should file a Second Amended Complaint prior to the April 29, 2024 date, then the NV AG Defendants will file their response to the Second Amended Complaint either on the April 29, 2024 date or within 14 days from the filing of the Second Amended Complaint if no new AG Defendants are added.

///

///

DATED this 27th day of February, 2024.    DATED this 27th day of February, 2024.

                                                                AARON FORD
                                                                  Attorney General

*/s/ Michael C. Sternberg*    By: */s/ Marni Watkins*
Michael C. Sternberg        Marni K. Watkins (Bar No. 9674)
8545 W. Warm Springs Road, Ste., A4 #256        Chief Litigation Counsel
Las Vegas, NV 89113        Casey J. Quinn (Bar No. 11248)
Sternberg_Michael@yahoo.com        Senior Deputy Attorney General

*Plaintiff, Pro Se*

## ORDER

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: February 27, 2024