**STEVEN B. WOLFSON**
**District Attorney**
CIVIL DIVISION
State Bar No. 001565
By: **BRANDON M. THOMPSON**
Deputy District Attorney
State Bar No. 015825
500 South Grand Central Pkwy., 5th Floor
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-mail: Brandon.Thompson@ClarkCountyDA.com

**TONY LOPRESTI,** County Counsel (CA Bar No. 289269)
**CLAIRE T. CORMIER**, Deputy County Counsel (CA Bar No. 154364)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: Claire.Cormier@cco.sccgov.org

Attorneys for COUNTY OF SANTA CLARA, ERICA DOERR, RUSSELL DAVIS, BRETT MOORE, JEFF ROSEN, JAY BOYARSKY, TRACY TEFERTILLER, MARIA GERSHENOVICH and ROB IMOBERSTEG

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael C. Sternberg, E.W., and N.W.,<br><br>    Plaintiffs,<br><br>v.<br><br>Shelley Warneck; et al.<br><br>    Defendants. | No. 23-cv-01466-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESPONSE DATE TO THE FIRST AMENDED COMPLAINT FOR COUNTY OF SANTA CLARA DEFENDANTS**<br><br>Judge: The Honorable Andrew P. Gordon |

    IT IS HEREBY STIPULATED between Defendants County of Santa Clara, Erica Doerr, Russell Davis, Brett Moore, Jeff Rosen, Jay Boyarsky, Tracy Tefertiller, Maria Gershenovich, and Rob Imobersteg (collectively the "County of Santa Clara Defendants"), by and through their undersigned counsel of record, and Plaintiff Michael Sternberg ("Sternberg") as follows:

    1.    Sternberg filed a Complaint on September 20, 2023 naming as a defendant, among

others, County of Santa Clara District Attorney Jeff Rosen in his official capacity [ECF 1].

2. On or about February 7, 2024, Defendant Rosen filed a Motion to Dismiss [ECF 72].

3. On or about February 20, 2024, Sternberg filed a First Amended Complaint adding as defendants, among others, the County of Santa Clara Defendants [ECF 86].

4. By emails on March 4, 2024, counsel for the County of Santa Clara Defendants and Plaintiff Sternberg agreed that the County of Santa Clara Defendants would waive service of the Summons and First Amended Complaint in exchange for an extension to April 29, 2024 for the County of Santa Clara Defendants to respond to the First Amended Complaint.

5. The parties further agreed that the County of Santa Clara Defendants are not waiving any defenses other than service, including but not limited to personal jurisdiction.

IT IS SO STIPULATED.

DATED: March 8, 2024

By: */s/ Michael C. Sternberg*
   Michael C. Sternberg
   8545 W. Warm Springs Rd., Ste. A4 #256
   Las Vegas, NV 89113
   Sternberg_Michael@yahoo.com

   Plaintiff, Pro Se

DATED: March 8, 2024

TONY LOPRESTI
COUNTY COUNSEL

By: */s/ Claire T. Cormier*
   Claire T. Cormier (CA Bar No. 154364)
   Deputy County Counsel
   (Admitted Pro Hac Vice)

   Attorneys for Defendants,
   COUNTY OF SANTA CLARA, ERICA
   DOERR, RUSSELL DAVIS, BRETT
   MOORE, JEFF ROSEN, JAY
   BOYARSKY, TRACY TEFERTILLER,
   MARIA GERSHENOVICH and ROB
   IMOBERSTEG

**ORDER**

IT IS SO ORDERED.

DATED: March 11, 2024

BY: _(signature)_
HON. ELAYNA J. YOUCHAH
U. S. MAGISTRATE JUDGE

2990698