Jennifer McMenomy, Esq.
Nevada State Bar No. 14239
McMENOMY LAW, PLLC
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850
Email: Jennifer@McMenomylaw.com

*Attorneys for Defendants Vern Pierson;*
*Brittany Griffith; Jeff Dreher; Joseph Alexander;*
*Rich Horn; and El Dorado County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL C. STERNBERG

          Plaintiff

    vs.

SHELLEY WARNECK, et. al,

          Defendants.

_____/

Case No. 2:23cv1466

Dept. No.

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiff MICHAEL C. STERNBERG and Defendants VERN PIERSON; BRITTANY GRIFFITH; JEFF DREHER; JOSEPH ALEXANDER; and RICH HORN and EL DORADO COUNTY (collectively, "the Parties") hereby stipulate as follows:

1.     Plaintiff filed his First Amended Complaint on February 20, 2024 (ECF 87).

2.     Defendants Pierson, Griffith, Dreher, Alexander, Horn and El Dorado County agreed to waive service of the Complaint pursuant to this stipulation.

3.     The parties hereby agree and stipulate that the aforementioned Defendants shall have sixty (60) days from the date of filing of this stipulation to file a responsive pleading to Plaintiff's Amended Complaint.

**MCMENOMY LAW, PLLC**
100 Vine Street
Reno, NV 89503
Phone: (775) 525-8850

1

4.      The Parties preserve and do not waive any claims, objections, or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any Party.

WHEREFORE, the Parties pray that the Court approves the terms of this Stipulation.

DATED this 12th day of March, 2024.

McMENOMY LAW, PLLC

By: /s/ Michael C. Sternberg
    Michael C. Sternberg
    8545 W. Warm Springs Road
    Ste A4 #256
    Las Vegas, Nevada 89113
    *Plaintiff Pro Se*

By: _____
    Jennifer McMenomy, Esq.
    100 Vine Street
    Reno, Nevada 89503
    *Attorneys for Defendants Vern Pierson;*
    *Brittany Griffith; Jeff Dreher; Joseph*
    *Alexander; Rich Horn*

MCMENOMY LAW, PLLC
100 Vine Street
Reno, NV 89503
Phone: (775) 525-8850

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

IT IS SO ORDERED: Defendants Vern Pierson, Brittany Griffith, Jeff Dreher, Joseph Alexander, Rich Horn and El Dorado County are not required to file a responsive pleading or motion to dismiss until 60 days from the filing of the Stipulation.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 11, 2024

Respectfully submitted:

JENNIFER M. McMENOMY, Esq.
Nevada State Bar No. 14239
McMENOMY LAW, PLLC
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850
Email: Jennifer@McMenomylaw.com

*Attorneys for Defendants Vern Pierson;*
*Brittany Griffith; Jeff Dreher; Joseph Alexander;*
*Rich Horn; El Dorado County*

**MCMENOMY LAW, PLLC**
100 Vine Street
Reno, NV 89503
Phone: (775) 525-8850