**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Michael C. Sternberg, E.W., and N.W.,

    Plaintiff(s),

vs.

Shelly Warneck, et al.,

    Defendant(s).

Case #2:23-cv-1466

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Andrew T. Caulfield_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Caulfield Law Firm_____
(firm name)

with offices at _____1101 Investment Blvd., Suite 120_____,
(street address)

_____El Dorado Hills_____, _____California_____, _____95762_____,
(city)                              (state)                              (zip code)

_____916-933-3200_____, _____andrew@caulfieldlawfirm.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rich Horn, Joseph Alexander, Jeff Draher, Brittany Griffith, Vern Pierson to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  December 2, 2005 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  California  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Eastern District of California | 05/28/2008 | 238300 |
| U.S. District Court, Northern District of California | 10/19/2006 | 238300 |
| U.S. District Court, Central District of California | 9/25/2007 | 238300 |
| U.S. Court of Appeals, Ninth Circuit | 2/28/2008 | 238300 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

El Dorado County Bar Association; Sacramento County Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                )
COUNTY OF _____El Dorado_____ )

_____Andrew T. Caulfield_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

**SEE ATTACHED FOR NOTARY PUBLIC**

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jennifer M. McMenomy___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| 100 Vine Street |
|---|
| (street address) |

| Reno | Nevada | 89503 |
|---|---|---|
| (city) | (state) | (zip code) |

| 775-525-8850 | jennifer@mcmenomylaw.com |
|---|---|
| (area code + telephone number) | (Email address) |

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Jennifer M. McMenomy___ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14239                    jennifer@mcmenomylaw.com
Bar number               Email address

APPROVED:

Dated: this 24th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No. 2:23cv1466 |
| Plaintiff, | **ADDENDUM TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| SHELLEY WARNECK, et al., | |
| Defendants. | |

The undersigned attach this addendum to the Verified Petition for the purpose of amending page 1, paragraph 2, line 25 of the Verified Petition to read:

County of El Dorado, Rich Horn, Joseph Alexander, Jeff Draher, Brittany Griffith, and Vern Pierson

whereas it currently reads:

Rich Horn, Joseph Alexander, Jeff Draher, Brittany Griffith, and Vern Pierson

Dated: April 17, 2024

ANDREW T. CAULFIELD
Attorney for County of El Dorado

Dated: April 6, 2024

JENNIFER M. MCNEMOMY
Designated Local Counsel and Attorney for County of El Dorado

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

January 17, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW TERRY CAULFIELD, #238300 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

# JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____ _____
Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (If any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of El Dorado

Subscribed and sworn to (or affirmed) before me on this 02 day of February, 2024, by

(1) Andrew T. Caulfield,

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

~~(and~~

(2) _____,
    Name of Signer

~~proved to me on the basis of satisfactory evidence to be the person who appeared before me.)~~

Signature _____
          Signature of Notary Public

JOSEPH M. HENDERSON
Comm. # 2320837
Notary Public · California
El Dorado County
Comm Expires Feb 12, 2024

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Verified Petition for Permission to Practice in this Case Only by Attorney

Document Date: Feb 02, 2024   Number of Pages: 5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELLEY WARNECK, et al.,<br><br>    Defendants. | Case No. 2:23cv1466<br><br>**ADDENDUM TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Jennifer M. McMenomy as its Designated Resident Nevada Counsel in this case.

Dated: April 1, 2024

_____
TED WOOD
On behalf of the County of El Dorado

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
-o0o-

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No. 2:23cv1466 |
| Plaintiff, | **ADDENDUM TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| SHELLEY WARNECK, et al., | |
| Defendants. | |

### APPOINTMENT OF DESIGNAED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Jennifer M. McMenomy as their Designated Resident Nevada Counsel in this case.

Dated: February 15, 2024

_____
RICH HORN
Individual and Official Capacity

Dated: February __, 2024

_____
JOSEPH ALEXANDER
Individual and Official Capacity

Dated: February 21, 2024

_____
JEFF DREHER
Individual and Official Capacity

Dated: February 14, 2024

_____
BRITTANY GRIFFITH
Individual and Official Capacity

Dated: February 15, 2024

_____
VERN PIERSON
Official Capacity

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No. 2:23cv1466 |
| Plaintiff, | ADDENDUM TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |
| vs. | |
| SHELLEY WARNECK, et al., | |
| Defendants. | |

**APPOINTMENT OF DESIGNAED RESIDENT NEVADA COUNSEL**

The undersigned parties appoint Jennifer M. McMenomy as their Designated Resident Nevada Counsel in this case.

Dated: February __, 2024

_____
RICH HORN
Individual and Official Capacity

Dated: February 14, 2024

_____
JOSEPH ALEXANDER
Individual and Official Capacity

Dated: February __, 2024

_____
JEFF DREHER
Individual and Official Capacity

Dated: February 14, 2024

_____
BRITTANY GRIFFITH
Individual and Official Capacity

Dated: February __, 2024

_____
VERN PIERSON
Official Capacity