# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>    Plaintiff<br><br>v.<br><br>SHELLY WARNECK, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01466-APG-EJY<br><br>**Order for Expedited Response to Motion to Stay Case** |

I ORDER that plaintiff Michael Sternberg shall file a response to the EDC defendants' emergency motion to stay (ECF No. 183) and the California judicial branch defendants' joinder (ECF No. 184) by 12:00 p.m. (PDT) on Friday, May 31, 2024.

DATED this 29th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE