# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>    Plaintiff<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01466-APG-EJY<br><br>**Order Regarding Stay** |

On Friday, May 31, 2024, I stayed this case until I can address the pending motions to dismiss. Although I stayed the case, the parties may file any responses or replies that are due for any motion to dismiss.

DATED this 3rd day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE