UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STERNBERG, | Case No.: 2:23-cv-01466-APG-EJY |
| Plaintiff | **Order Granting in Part Motion to Strike** |
| v. | [ECF No. 227] |
| SHELLEY WARNECK, et al., | |
| Defendants | |

Plaintiff Michael Sternberg moves to strike a motion to dismiss filed by defendants Henry Blackeye and Jason Elfberg because it contains Sternberg's unredacted personal identifiers. I grant that motion in part, in that I have directed the clerk of court to seal those exhibits so that information is no longer publicly available on the court's docket. I deny the motion to the extent that Sternberg seeks sanctions against defense counsel. The same day Sternberg alerted defense counsel to the problem, he moved to withdraw the offending papers. *See* ECF No. 228. However, I remind all parties to carefully review all filings and comply with Local Rule IC 6-1.

I THEREFORE ORDER that plaintiff Michael Sternberg's motion to strike **(ECF No. 227) is GRANTED in part**.

DATED this 25th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE