UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL C. STERNBERG, | Case No. 2:23-cv-01466-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SHELLEY WARNECK, et al., | |
| Defendants. | |

Pending before the Court is the Request for Extension of Time to Respond to Complaint filed by City of San Jose on June 17, 2024. ECF No. 223. No timely response to this Motion was filed.[1] Under Local Rule 7-2(d) the Court may treat the failure of the nonmoving party to respond to a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Request for Extension of Time to Respond to Complaint (ECF No. 223) is GRANTED.

IT IS FURTHER ORDERED that the response by City of San Jose is due July 12, 2024.

Dated this 8th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes Plaintiff filed a Notice of California State Bar Professional Misconduct Complaint re: Maren Clouse at ECF No. 225. This filing is silent with respect to the requested extension.

1