Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., & N.W.<br><br>Plaintiffs<br><br>v.<br><br>SHELLEY WARNECK, et al.<br><br>Defendants | Consolidated Cases:<br><br>Case No. 2:23-cv-01466-APG-EJY<br>Case No. 2:23-cv-02022-APG-EJY<br><br>**STIPULATION AND ORDER ON**<br>**DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Michael C. Sternberg and Defendant City of San Jose stipulate as follows:

1. That this case be dismissed without prejudice as to the City of San Jose.

2. That Michael C. Sternberg may refile his lawsuit in the U.S. District Court, Northern District of California, and both parties retain all rights as if the case were originally filed there.

3. Should Michael C. Sternberg file the case in the Northern District of California, the City of San Jose agrees it will waive service pursuant to FRCP 4(d)(1), and that Michael C. Sternberg may request the waiver by email to cao.main@sanjoseca.gov.

//

//

//

July 18, 2024

*Michael Sternberg*
_____
Michael C. Sternberg
Plaintiff, Pro se

July 18, 2024

City of San Jose

By: _____
Maren Clouse
Chief Deputy City Attorney
Office of the City Attorney
City of San Jose

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 22, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*Michael Sternberg*
Michael C. Sternberg

2