**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, et al., <br><br>    Plaintiffs <br><br> v. <br><br> SHELLEY WARNECK, et al., <br><br>    Defendants | Case No.: 2:23-cv-01466-APG-EJY <br><br> **Order Granting Diamond and Santa Clara County Bar Association's Motion to Dismiss** <br><br> [ECF No. 239] |

Plaintiff Michael Sternberg sues 75 individuals and entities regarding events arising out of a custody dispute with the mother of his children, defendant Shelley Warneck. In this order, I address the motion to dismiss filed by defendants Sherry Diamond and the Santa Clara County Bar Association. ECF No. 239. These defendants move to dismiss for lack of personal jurisdiction, among other reasons. Sternberg responds by conceding that, based on my rulings with respect to other defendants in this case, he cannot plausibly allege facts to support personal jurisdiction. ECF No. 254. He therefore consents to dismiss these defendants for lack of personal jurisdiction so that he may pursue them in a California court. *Id.* at 2.

I THEREFORE ORDER that defendants Sherry Diamond and the Santa Clara County Bar Association's motion to dismiss **(ECF No. 239) is GRANTED**. These defendants are dismissed for lack of personal jurisdiction, without prejudice to plaintiff Michael Sternberg pursuing his claims against them in a proper forum.

DATED this 23rd day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE