Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., & N.W.<br><br>Plaintiffs<br><br>v.<br><br>SHELLEY WARNECK, et al.<br><br>Defendants | Consolidated Cases:<br><br>Case No. 2:23-cv-01466-APG-EJY<br>Case No. 2:23-cv-02022-APG-EJY<br><br>**NOTICE OF APPEAL** |

Notice is given that Plaintiff Michael C. Sternberg appeals to the United States Court of Appeals for the Ninth Circuit, pursuant to 28 USC 1292 (a)(1), from the interlocutory order entered in this action at ECF 277 on November 14, 2024 denying my motion for a preliminary injunction.

Dated:  November 18, 2024          By: *Michael Sternberg*
                                       Michael C. Sternberg
                                       Plaintiff, Self Represented

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

1