# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG, et al., | Case No.: 2:23-cv-01466-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| SHELLEY WARNECK, et al., | |
| Defendants | |

Plaintiff Michael Sternberg moves to extend the January 16, 2025 deadline that I gave him to amend his complaint. ECF Nos. 276; 290. Given that the time to complete the briefing on Sternberg's motion to extend time will go beyond the January 16, 2025 deadline to amend, I vacate the January 16, 2025 deadline to amend and will set a new one when I decide the motion to extend time.

DATED this 8th day of January, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE