**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, | Case No.: 2:23-cv-01466-APG-EJY |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 290] |
| SHELLEY WARNECK, et al., | |
| Defendants | |

Plaintiff Michael Sternberg moves to extend time to file an amended complaint. ECF No. 290. No defendant has opposed his request.

**I THEREFORE ORDER** that plaintiff Michael Sternberg's motion to extend time **(ECF No. 290) is GRANTED**. Plaintiff Michael Sternberg's second amended complaint is due 30 days after the Ninth Circuit issues the mandate on Sternberg's currently pending appeal.

DATED this 17th day of January, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE