Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., & N.W.<br><br>Plaintiffs<br><br>v.<br><br>SHELLEY WARNECK, et al.<br><br>Defendants | Case No.  2:23-cv-01466-APG-EJY<br><br>NOTICE OF LR IA 7-1 CASE-RELATED CORRESPONDENCE |

**<u>NOTICE</u>**

   On 4/11/25, I mailed the attached case-related correspondence to Judge Andrew Gordon pursuant to the local rules.

Dated:  April 11, 2025            By:  */s/ Michael C. Sternberg*
                                                   Michael C. Sternberg
                                                   Plaintiff, Self Represented

1

Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

April 11, 2025

Judge Gordon,

   On 11/14/24, you dismissed the El Dorado County, CA defendants from my lawsuit, without prejudice for lack of personal jurisdiction (ECF 271). You granted me leave to file a surreply, which I did on 12/16/24. The surreply points out that you did not give me leave to amend my complaint as to these defendants in violation of clearly established law. It also includes evidence that these defendants purposefully injected themselves in Nevada's affairs on multiple occasions. It has been more than 90 days since I filed the surreply. Pursuant to LR IA 7-1, I am writing you to ask that you issue an order on this issue as soon as possible. I remind you that defendant Vern Pierson has been violating my first amendment rights for over a year, after he blocked me on Linked In. I should not be forced to go to a California federal court to get urgently needed relief, if this court can properly exercise personal jurisdiction.

   I also want to take this opportunity to remind you that I filed a Motion for Reconsideration on 11/25/24 (ECF 279).

   I have no way of knowing when the 9th Circuit will come back with its ruling on my preliminary injunction appeal. It would be nice to have the issues I raised in this letter decided before the 9th rules, so that I can amend my complaint efficiently.

Sincerely,

Michael Sternberg

MICHAEL C. STERNBERG
8545 W WARM SPRINGS RD
STE A-4 #256
LAS VEGAS NV 89113

Andrew P. Gordon
US District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

