Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL C. STERNBERG, E.W., & N.W.

Plaintiffs

v.

SHELLEY WARNECK, et al.

Defendants

Consolidated Cases:

Case No. 2:23-cv-01466-APG-EJY
Case No. 2:23-cv-02022-APG-EJY

**MOTION FOR EXTENSION OF TIME; NOTICE OF INTENT TO FILE PETITION FOR WRIT OF CERTIORARI WITH U.S. SUPREME COURT**

On 1/17/21, this court granted my previous Motion for Extension of Time to file my seconded amended complaint (ECF 293). The court gave me 30 days to file after the 9th issued it mandate on my preliminary injunction appeal.

The 9th issued its mandate on 9/15/25 (ECF 309). Unfortunately, the 9th did not address the sole issue on appeal, namely the Rooker-Feldman doctrine. As such, I filed a Motion for Reconsideration in this court (ECF 311). In that motion, I discuss the due process violations at the 9th, new law that came out from the 9th after this court denied my Preliminary Injunction, and new evidence that this court did not consider.

Because this court raised Rooker-Feldman in several orders partially granting Motions to Dismiss, I am asking that this court extend my time to file a second amended complaint until 30 days after it reaches its decision on my reconsideration motion, so that I may amend efficiency. I am also advising the court, that if it does not reach a decision on reconsidering my preliminary injunction on or before 11/14/25, it is currently my intent to file a Petition for

1

Writ of Certiorari with the U.S. Supreme Court given the due process violations that occurred at the 9th.

Dated: October 3, 2025            By: *Michael Sternberg*
                                                Michael C. Sternberg
                                                Plaintiff, Self Represented