Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendant
Shelley Warneck

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>    Plaintiff,<br><br>  v.<br><br>SHELLEY WARNECK, *et al.,*<br><br>    Defendants. | Case No. 2:23-01466-APG-EJY<br><br>**OPPOSITION TO MOTION FOR EXTENSION OF TIME** |
| MICHAEL C. STERNBERG,<br><br>    Plaintiff,<br><br>  v.<br><br>SHELLEY WARNECK, *et al.,*<br><br>    Defendants. | Case No. 2:23-cv-02022-APG-EJY |

Defendant Shelley Warneck ("Defendant") hereby opposes the Motion for Extension of Time (ECF No. 312) filed by Plaintiff Michael C. Sternberg on October 3, 2025. In that Motion, Plaintiff Sternberg asks the Court to extend his deadline from 30 days after the U.S. Court of Appeals for the Ninth Circuit issued its mandate regarding his appeal to 30 days after this Court rules upon his Motion for Reconsideration. For the reasons set forth in this Opposition, his Motion should be denied.

## MEMORANDUM OF POINTS AND AUTHORITIES

It is within the discretion of this Court to deny a motion for extension of time. *See Cunningham-Dirks v. Nevada*, 2013 U.S Dist. LEXIS 37907, at *3 (D. Nev Mar. 19, 2013), citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258 (9th Cir. 2012). The Court should exercise that discretion here.

Plaintiff seeks an extension of time to file another Amended Complaint until this Court decides upon his Motion for Reconsideration (ECF No. 311). The Motion for Reconsideration asks this Court to reconsider the denial of his Motion for Preliminary Injunction (ECF No. 174). Plaintiff Sternberg's request for a preliminary injunction was denied by this Court once and twice by the U.S. Court of Appeals for the Ninth Circuit. As demonstrated in Defendant Warneck's Opposition to Sternberg's Motion for Reconsideration (ECF No. 313), not only is there no basis for reconsideration, there was no reason for Sternberg to request reconsideration in the first place.

Requesting that this Court delay his deadline to file an Amended Complaint until 30 days after the Motion for Reconsideration has been decided is a mere delay tactic. This Court should not entertain it. Plaintiff Sternberg's Motion for Extension of Time should be denied.

Dated: October 17, 2025.

Respectfully Submitted,

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147

Attorney for Defendant
Shelley Warneck

Case No. 2:23-cv-01466-APG-EJY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ronald D. Green
Ronald D. Green