Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| MICHAEL C. STERNBERG, E.W., & N.W. | Consolidated Cases: |
|---|---|
| Plaintiffs | Case No. 2:23-cv-01466-APG-EJY |
| v. | Case No. 2:23-cv-02022-APG-EJY |
| SHELLEY WARNECK, et al. | **NOTICE OF CORRECTED IMAGE** |
| Defendants | |

On November 10, 2025, I filed the attached Notice of Filing of Emergency Motion in the U.S. 9th Circuit. Somehow, the first page went missing. That page contained the required caption. As such, I am filing this Notice of Corrected Image with the intended pdf attached.