Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., & N.W.<br><br>Plaintiffs<br><br>v.<br><br>SHELLEY WARNECK, et al.<br><br>Defendants | Consolidated Cases:<br><br>Case No. 2:23-cv-01466-APG-EJY<br>Case No. 2:23-cv-02022-APG-EJY<br><br>**NOTICE OF FILING OF EMERGENCY MOTION IN THE U.S. 9TH CIRCUIT** |

   Notice is given that today, November 10, 2025, I filed the attached Emergency Motion into the U.S. Ninth Circuit Court of Appeals, Case No. 25-7079.

No. 25-7079

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MICHAEL C. STERNBERG,

*Petitioner*,

v.

UNITED STATES COURTS DISTRICTS OF NEVADA &
NORTHERN CALIFORNIA

*Respondents,*

SHELLEY WARNECK, et al.

*Respondents,*

**EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 TO EXPEDITE CONSIDERATION OF PETITION FOR WRIT OF MANDAMUS; RELIEF NEEDED IMMEDIATELY**

Michael C. Sternberg, Pro Se
8545 W Warm Springs Rd. Ste. A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

# CIRCUIT RULE 27-3 CERTIFICATE

I certify under Ninth Circuit Rule 27-3:

(i) I am requesting an exception to Ninth Circuit Rule 27-3(c)(i). There are dozens and dozens of parties to the three underlying cases. All parties are signed up for electronic notification and as stated in my proof of service below, I am filing this motion in all 3 of the underlying cases.

(ii) Facts showing the existence and nature of the emergency:

I have not seen or spoken with my children since September 2021, after Nevada officials arrested me on a California warrant they knew had been obtained by fraud. That warrant was based on custody orders entered ex parte and through extrinsic fraud, without notice or hearing. U.S. Judge Gordon has already found I submitted credible evidence of the ex parte extrinsic fraud that led directly to my arrest and the seizure of my children. Subsequent to filing this writ petition, more attorney misconduct has occurred in the lower court by the attorneys representing Shelley Warneck and those who falsely arrest me. This misconduct is explicitly designed to prolong this now over four year long unconstitutional seizure of my children and to cover up misconduct while Nevada Attorney General Aaron Ford campaigns for Nevada governor.

(iii) Why this motion could not have been filed earlier:

This motion is being filed as soon as this case was opened.

(iv) When and how the other parties were notified, and their positions:

I have notified all parties by filing this motion in the lower court cases.

(v) Whether relief was first sought in the district court and whether the court ruled:

I have been attempting to seek relief in the lower courts for more than two years. As the Petition for Writ of Mandamus lays out, the district judges have failed to give timely rulings and they refuse to follow controlling precedent and deal with attorney misconduct.

## INTRODUCTION

Pursuant to Fed. R. App. P. 21(b)(4); 9th Cir. R. 27-3, I move for expedited consideration of my pending Petition for Writ of Mandamus because continued delay & misconduct in the district courts is inflicting ongoing constitutional injury and enabling further fraud on those dockets.

Specifically, since the petition was filed, defendants and state officials have again misrepresented this Court's prior mandate to the District of Nevada—asserting that the Ninth Circuit "ruled" on Rooker-Feldman in my preliminary-injunction appeal when the memorandum decision expressly declined to reach that issue (See Ninth

Case. No 24-7206, Dkt Entry 41.1 and 54.1). These falsehoods are being used in attempt to oppose my motion for reconsideration and my right to amend, compounding the very harms that prompted the petition.

## PROCEDURAL BACKGROUND

- This petition was docketed on 11/7/25. It seeks mandamus relief against three district judges whose inaction and legal errors are described in detail in the petition.

- Since filing, new docket activity in Sternberg v. Warneck, No. 2:23-cv-01466-APG-EJY (D. Nev.), has escalated the misconduct. On November 7, 2025, Warneck's response to my objection (ECF 320) repeated the false claim that this Court decided Rooker-Feldman on appeal. On November 10, 2025, LVMPD (ECF 322) and the Nevada Attorney General (ECF 321) filed joinders adopting this knowing fraud on the court.

## ONGOING FRAUD & MISCONDUCT

Warneck's response was signed by Ronald D. Green, a law partner of Marc J. Randazza. Both attorneys have a record of frivolous citations and factual misstatements that I've documented on the record in my responses to their filings and in my motion for an Order to Show Cause (ECF 303, 305). Rather than address those fraudulent filings, Magistrate Judge Elayna Youchah focused only on the

unprofessional email they sent to the press, and once again ignored their fraudulent filings (ECF 310).

These same attorneys are now exploiting the Ninth Circuit's prior memorandum—knowing it did not decide Rooker-Feldman—in an attempt to mislead the district court and obstruct my pending motions, including my request for an extension of time to file a second amended complaint. That extension motion has nothing to do with the earlier preliminary-injunction appeal, yet the mischaracterization is being used to attempt to foreclose it.

## STANDARD FOR EXPEDITED CONSIDERATION

Under Fed. R. App. P. 21(b)(4) and 9th Cir. R. 27-3, this Court may expedite a mandamus petition when immediate and irreparable harm will occur before it can be resolved in the ordinary course and when good cause exists for priority treatment.

## APPLICATION OF THE STANDARD

- Immediate and continuing harm: Every day that the district courts rely on a fabricated interpretation of this Court's mandate deepens the denial of due process, blocks correction of extrinsic fraud already found by Judge Gordon (ECF 299, D. Nev.). The refusal of the Santa Clara County, CA Superior Court to give me the same access to my court file that they give to Shelley Warneck & her family

attorney prevents me from discovering what other extrinsic frauds exist on that record. This deprivation of 5th and 14th Amendment due process rights prolongs my unlawful separation from my children.

• Good cause for priority: The same attorneys whose misconduct is described in the petition are actively using that misconduct to obstruct pending rulings.

• Judicial efficiency: Prompt review now prevents further unnecessary filings, reduces the burden on all three district dockets, and conserves appellate resources by resolving overlapping jurisdictional issues in one proceeding.

## REQUESTED RELIEF

1. Expedite consideration of the pending petition;

2. If the court wants a response, order respondents to respond within 10 days and permit a 5-day reply;

3. Issue a temporary administrative directive that:

   a. District courts shall not rely on or cite this Court's prior memorandum as a ruling on Rooker-Feldman; and

   b. District courts shall hold in abeyance any filings premised on that mischaracterization until this petition is resolved;

4. Grant any further relief necessary to prevent continued constitutional injury and preserve this Court's jurisdiction.

## PROOF OF SERVICE

I certify that on November 10, 2025, I filed a Notice of Filing of Emergency Motion in each of the three underlying district-court cases, thereby serving all judges and parties a copy of this motion via the district courts' CM/ECF systems.

## OATH

I declare under penalty of perjury under the laws of the United States of America and of the State of Nevada that the foregoing is true and correct, and are based on my personal knowledge.

Dated: November 10, 2025                                    /s/Michael C. Sternberg