UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STERNBERG, et al.,<br><br>Plaintiffs<br><br>v.<br><br>SHELLEY WARNECK, et al.,<br><br>Defendants | Case No.: 2:23-cv-01466-APG-EJY<br><br>**Order Denying Motion to Strike, Denying Motion to Dismiss, Denying Objection, and Extending Time to File Amended Complaint**<br><br>[ECF Nos. 318, 326, 328] |

  Shelley Warneck moves to dismiss Michael Sternberg's remaining claims against her. ECF No. 326. I deny the motion without prejudice to filing a motion to dismiss Sternberg's forthcoming second amended complaint. Warneck already moved to dismiss Sternberg's currently operative complaint, which I granted in part. *See* ECF No. 270. Warneck's second motion to dismiss the same claims I already allowed to proceed is a motion to reconsider, but Warneck has not addressed the reconsideration standard. I therefore deny the motion.

  Sternberg filed an emergency motion to strike Warneck's second motion to dismiss. ECF Nos. 328; 326. Because I have denied that second motion to dismiss, I deny the motion to strike as moot. I also deny the other relief Sternberg requests in his motion to strike. I will not be able to rule on Sternberg's motion for reconsideration as to the preliminary injunction by December 4, 2025, so I deny his request that I do so. I will address his motion for reconsideration in the ordinary course. I understand Sternberg's frustration with the delay in rulings, but this is not my only case. I have hundreds of cases and hundreds of motions pending at any given time, as well as hearings and trials that I must preside over. I deny as moot his request to stay his deadline to respond to the second motion to dismiss because I have denied the motion to dismiss, so he need not respond to it at all. I deny his requests to remove Warneck's attorneys from the case or

otherwise sanction them. I deny his request to order all attorneys to report Warneck's attorneys to the Nevada State Bar. Finally, I deny his request that I order all attorneys to report Magistrate Judge Youchah to the Ninth Circuit.

I also deny Sternberg's objection to Magistrate Judge Youchah's order denying him an extension of time to file his second amended complaint. *See* ECF Nos. 312; 317; 318. Sternberg is incorrect when he argues that Judge Youchah exceeded her authority in ruling on a motion to extend time to file an amended complaint. *See* 28 U.S.C. § 636; LR IB 1-1; LR IB 1-3. However, in the interests of judicial efficiency, I extend the time for Sternberg to file his second amended complaint to 30 days after I rule on his motion for reconsideration.

I THEREFORE ORDER that defendant Shelley Warneck's second motion to dismiss **(ECF No. 326) is DENIED**.

I FURTHER ORDER that plaintiff Michael Sternberg's Motion to Strike **(ECF No. 328) is DENIED**.

I FURTHER ORDER that plaintiff Michael Sternberg's objection **(ECF No. 318) is DENIED**.

I FURTHER ORDER that the deadline for plaintiff Michael Sternberg to file a second amended complaint is extended to 30 days after I rule on his motion for reconsideration (ECF No. 311).

DATED this 3rd day of December, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE