Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL C. STERNBERG, E.W., & N.W.

Plaintiffs

v.

SHELLEY WARNECK, et al.

Defendants

Consolidated Cases:

Case No. 2:23-cv-01466-APG-EJY
Case No. 2:23-cv-02022-APG-EJY

**NOTICE OF CORRECTED IMAGE**

On 5/29/26, I filed my Second Amended Complaint. The following week I discovered there had been a formatting error. I have corrected the errors by: 1. Fixing the sequencing in the numbered paragraphs, 2. Adding missing defendants names from the party section, 3. adding missing defendants to various causes of action, 4. adding a few missing facts, and 5. fixing the CA Family Code 7643 cause of action as to missing defendants and relief sought. Any party desiring an extension of 7 days time to respond to the complaint may email me with a proposed stipulation for me to approve.