JEFFREY D. OLSTER
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
VIVIENNE RAKOWSKY
Nevada Bar No. 9160
Vivienne.Rakowsky@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants*
*Tristan Aeschleman and Adames & Ash, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELLY WARNECK, et al.<br><br>　　　　Defendants. | CASE NO. 2:23-CV-01466-APG-EJY<br><br>Consolidated With<br><br>CASE NO. 2:23-cv-02022-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT [333]** |

Plaintiff MICHAEL C. STERNBERG ("Plaintiff") and Defendants TRISTAN AESCHLEMAN AND ADAMES & ASH, LLP ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.　　Plaintiff filed his Second Amended Complaint in the on May 29, 2026 [ECF No. 332].

2.　　Plaintiff then filed a Notice of Correct Image of the Second Amended Complaint on June 6, 2026 which made changes to the numbering of more than 900 paragraphs, added additional

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

177824152.2

defendants, added a few missing facts made changes to the California Family Code 7643 cause of action as to the missing defendants and relief sought [ECF No. 333].

3.    Under Federal Rule of Civil Procedure Rule 15(a)(3), Defendant's current deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint in this action is June 12, 2026.

4.    The Parties hereby stipulate to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint to and including June 19, 2026.

5.    This stipulated extension is made in good faith and not for the purpose of delay.  This is the first extension of time requested in this Court by Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated this 8th day of June, 2026

MICHAEL C. STERNBERG

Dated this 8th day of June, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Michael C. Sternberg_____
MICHAEL C. STERNBERG
8545 W. Warm Springs Rd., Ste A4#256
Las Vegas, NV 89113
702.234.2539

*Plaintiff, Pro Se*

_/s/ Vivienne Rakowsky_____
VIVIENNE RAKOWSKY
Nevada Bar No. 9160
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants Tristan Aeschleman and Adames & Ash, LLP*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

177824152.2                    2