LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Esmeralda Boveda, Eleanor Hoskins, Bradley Gallup,*
*Brad Johnson, Ryan Boyle, Joshua Stark, Richard Tennant,*
*Deana Lopez, Joshua Martinez, Jorge Marty-Pagan,*
*Deanna Orr, Adam Seely, Ashley Shenk,*
*and Las Vegas Metropolitan Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>Plaintiff,<br><br>vs.<br><br>SHELLEY WARNECK, et al.<br><br>Defendants. | Case No.:   2:23-cv-01466-APG-EJY<br>*Consolidated with:*<br>*Case No.:   2:23-cv-02022-APG-EJY*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**(ECF No. 333-1)** |

Plaintiff Michael C. Sternberg ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Esmeralda Boveda, Ryan Boyle, Bradley Gallup, Eleanor Hoskins, Brad Johnson, Deana Lopez, Joshua Martinez, Jorge Marty-Pagan, Deanna Orr, Adam Seely, Ashley Shenk, Richard Tennant, and Joshua Stark (collectively, "LVMPD Defendants"), stipulate and agree as follows:

1. Plaintiff filed his Second Amended Complaint on May 29, 2026. (ECF No. 332).

2. Plaintiff then filed a Notice of Corrected Image of the Second Amended Complaint on June 5, 2026, which made changes to the numbering of more than 900 paragraphs, added additional defendants, added additional factual allegations, and made changes to the California Family Code 7643 Cause of Action. (ECF No. 333).

3. Counsel for LVMPD Defendants waived service of the corrected Second Amended Complaint (ECF No. 333-1) on behalf of the individual LVMPD Defendants as of June 10, 2026.

4. Under Federal Rule of Civil Procedure Rule 12, the individual LVMPD Defendants' current deadline to respond to Plaintiff's corrected Second Amended Complaint in this action is July 1, 2026. LVMPD's current deadline to respond is June 12, 2026.

5. In order to allow the individual LVMPD Defendants to file their responses on the same day as LVMPD and to promote judicial economy, the parties stipulate to extend all LVMPD Defendants' deadline to respond to Plaintiff's corrected Second Amended Complaint to July 7, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6.  This stipulated extension is made in good faith and not for the purpose of delay. This is the first extension of time requested by LVMPD Defendants to respond to Plaintiff Second Amended Complaint.

By:  /s/ Michael C. Sternberg
MICHAEL C. STERNBERG
8545 W. Warm Springs Rd.,
Suite A4 #256
Las Vegas, Nevada 89113

**In Proper Person**

By:  /s/ Lyssa S. Anderson
KAEMPFER CROWELL
LYSSA S. ANDERSON (No. 5781)
TRAVIS C. STUDDARD (No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**Attorneys for Defendants Esmeralda Boveda, Eleanor Hoskins, Bradley Gallup, Brad Johnson, Ryan Boyle, Joshua Stark, Richard Tennant, Deana Lopez, Joshua Martinez, Jorge Marty-Pagan, Deanna Orr, Adam Seely, Ashley Shenk, and Las Vegas Metropolitan Police Department**

**ORDER**

**IT IS SO ORDERED.**

Dated this 10th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE