# EXHIBIT D

Findings and Order After Uniform Child Custody Jurisdiction and Enforcement Act Hearing

(Sept. 27, 2019)

FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Tristan R. Aeschleman (SBN: 278981)<br>Adames & Ash, LLP<br>1550 The Alameda, Suite 308<br>San Jose CA 95126<br>TELEPHONE NO.: 650.995.5095 FAX NO. (Optional): 650.995.5095<br>E-MAIL ADDRESS (Optional): tristan@adamesashllp.com<br>ATTORNEY FOR (Name): Shelley Warneck | ENDORSED FILED<br>2019 OCT -1 A 11: 11<br>CLERK OF THE COURT<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br>BY C. Torres DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 201 N. First St.<br>MAILING ADDRESS: 191 N. First St.<br>CITY AND ZIP CODE: San Jose 95113<br>BRANCH NAME: Family Justice Center | |
| PETITIONER/PLAINTIFF: Shelley Warneck<br>RESPONDENT/DEFENDANT: Michael Sternberg<br>OTHER PARTY: | |
| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER:<br>1-12-CP-020194 |

1. This proceeding was heard
on (date): August 7, 2019 at (time): 8:45 a.m. in Dept.: 65 Room:
by Judge (name): Hon. Roberta S. Hayashi ☐ Temporary Judge
On the order to show cause, notice of motion or request for order filed (date): 7.1.2019 by (name): Shelley Warneck

a. ☑ Petitioner/plaintiff present ☑ Attorney present (name): Tristan R. Aeschleman
b. ☑ Respondent/defendant present *By Phone ☑ Attorney present (name): Michelle Brenot
c. ☐ Other party present ☑ Attorney present (name): Meredith Weiner, Petitioner's Counsel in Clark County, NV
Christopher Alderman, Respondent's Counsel in Clark County, NV

**THE COURT ORDERS**

| | | | | |
|---|---|---|---|---|
| 2. Custody and visitation/parenting time: | As attached ☐ on form FL-341 | ☐ Other | ☑ Not applicable |
| 3. Child support: | As attached ☐ on form FL-342 | ☐ Other | ☑ Not applicable |
| 4. Spousal or family support: | As attached ☐ on form FL-343 | ☐ Other | ☑ Not applicable |
| 5. Property orders: | As attached ☐ on form FL-344 | ☐ Other | ☑ Not applicable |
| 6. Attorney's fees: | As attached ☐ on form FL-346 | ☐ Other | ☑ Not applicable |

7. Other orders: ☑ As attached ☐ Not applicable
8. All other issues are reserved until further order of court.
9. ☐ This matter is continued for further hearing on (date): at (time): in Dept.:
on the following issues:

Date: 27 September 2019

[signature]
JUDICIAL OFFICER
Roberta S. Hayashi

Approved as conforming to court order.

SIGNATURE OF ATTORNEY FOR ☐ PETITIONER / PLAINTIFF ☐ RESPONDENT/DEFENDANT ☐ OTHER PARTY



Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

FINDINGS AND ORDER AFTER HEARING
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

**Matter of Warneck & Sternberg**

**Case No.: 1-12-CP-030194**

**Re: Findings & Order After Hearing – 8.7.2019**

---

**Whereas**, a judgment establishing parentage was entered on July 4, 2012 with the Superior Court of Santa Clara County, which orders are currently in full force and effect;

**Whereas**, on July 1, 2019 Petitioner-Mother filed a *Request for Order* to modify the current visitation orders;

**Whereas**, on July 11, 2019, Respondent filed a separate action regarding custody and visitation with the District Court of Clark County, Nevada;

**Whereas**, a hearing was held on July 31, 2019 in Nevada on father's motion, which was continued to a joint conference/hearing with this court in California on the determination of UCCJEA jurisdiction; and

**Whereas**, the joint hearing on determination of UCCJEA jurisdiction was held on August 7, 2019 between the Nevada and the California courts, at which time the Nevada court stated that it will cede jurisdiction of custody and visitation to this Court and send a copy of its order to be included in the file. (attached)

**FINDINGS**:

1) The October 4, 2012 California judgment establishing parentage ~~in California~~ is valid and in effect.
2) The custody and visitation orders set forth in the judgment establishing parentage are also in full force and effect.
3) The parties did not dismiss the California parentage action. Even if dismissed, the California judgment for joint legal custody-a final order-would have remained in full force and effect.
4) Mother *presently* resides in California and has maintained her California residency since the October 4, 2012 judgment establishing parentage.
5) ~~Mother was not forum shopping. To the contrary,~~ Mother's contacts with Nevada were efforts to visit and continue her relationship with the minor children.
6) California has exclusive, continuing jurisdiction under the UCCJEA over the custody and visitation issues.

**ORDERS**:

1) California will retain exclusive, continuing jurisdiction over custody and visitation.
2) ~~The District Court in Clark County, Nevada will prepare a minute order reflecting the Nevada and California courts' order that California has jurisdiction under the UCCJEA.~~