# EXHIBIT E

Custody Judgment and Order

(Oct. 4, 2012)

1

FL-250

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
PETER J. BOSKOVICH, ESQ. SBN 87948
BOSKOVICH, GORINI & VANASSE, LLP
1666 THE ALAMEDA
SAN JOSE, CA 95126

TELEPHONE NO.: (408) 286-6314 FAX NO.: (408) 286-4527
ATTORNEY FOR (Name): SHELLEY WARNECK, PETITIONER

FOR COURT USE ONLY

FILED
OCT 04 2012
DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY D. OTWELL DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA COUNTY
STREET ADDRESS: 170 PARK AVENUE
MAILING ADDRESS: 191 N. FIRST STREET
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: FAMILY LAW - SAN JOSE COURTHOUSE

PETITIONER: SHELLEY WARNECK

RESPONDENT: MICHAEL STERNBERG

**JUDGMENT**

CASE NUMBER: 1-12-CP-020194

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders.
   The restraining orders are contained in item(s): of the attachment.
   They expire on *(date)*: A CLETS form must be attached.
2. a. This matter proceeded as follows: [ ] Default or uncontested [x] By declaration [ ] Contested
   b. Date: Dept.: Room:
   c. Judicial officer *(name)*: [ ] Temporary judge
   d. [ ] Petitioner present [ ] Attorney present *(name)*:
   e. [ ] Respondent present [ ] Attorney present *(name)*.
   f. **Petitioner** (1) [ ] The petitioner appeared without counsel and was advised of relevant rights.
      (2) [x] The petitioner signed *Advisement and Waiver of Rights Re: Establishment of Parental Relationship* (form FL-235).
      (3) [ ] The petitioner is married to the Respondent, and no other action is pending.
      (4) [ ] The petitioner signed a Voluntary Declaration of Paternity.
      (5) [ ] There is a prior judgment of parentage in a family support, juvenile, or adoption court case.
   g. **Respondent** (1) [ ] The respondent appeared without counsel and was advised of relevant rights.
      (2) [x] The respondent signed *Advisement and Waiver of Rights Re: Establishment of Parental Relationship (form FL-235).*
      (3) [ ] The respondent is married to the Petitioner, and no other action is pending.
      (4) [x] The respondent signed a Voluntary Declaration of Paternity.
      (5) [ ] There is a prior judgment of parentage in a family support, juvenile or adoption court case.
   h. Other parties or attorneys present *(specify)*:
3. **THE COURT FINDS**
   Name: Shelley Warneck [x] Mother [ ] Father
   Name: Michael Sternberg [ ] Mother [x] Father
   are the parents of the following children:

| Child's name | Date of birth |
|---|---|
| Evan Michael Warneck | 3/9/09 |
| Nathan James Warneck | 7/29/10 |

4. **THE COURT ORDERS**
   a. [x] Child custody and visitation are as specified in one or more of the attached forms:
      (1) [x] *Child Custody and Visitation Order Attachment* (form FL-341)
      (2) [ ] *Stipulation for Order for Child Custody and/or Visitation of Children* (form FL-355)
      (3) [ ] Other *(specify)*:

| PETITIONER: SHELLEY WARNECK<br>RESPONDENT: MICHAEL STERNBERG | CASE NUMBER:<br>1-12-CP-020194 |
|---|---|

5. **THE COURT FURTHER ORDERS**

a. [x] Child support is as stated in one or more of the attached:
   (1) [ ] *Child Support Information and Order Attachment* (form FL-342)
   (2) [ ] *Stipulation to Establish or Modify Child Support and Order* (form FL-350)
   (3) [x] Other *(specify)*: Reserved.

b. Both parties must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this judgment. Thereafter, the parents must notify the court of any change in the information submitted, within 10 days of the change.

c. The form *Notice of Rights and Responsibilities—Health Care Costs and Reimbursement Procedures* and *Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

d. [ ] The last names of the children are changed to *(specify)*:

e. [ ] The birth certificates must be amended to conform to this court order by
   (1) [ ] adding the father's name.
   (2) [ ] changing the last name of the children.

f. [ ] Attorney fees and costs are as stated in the attachment.

g. [ ] Reasonable expenses of pregnancy and birth are as stated in the attachment.

h. [ ] Other *(specify)*:

[ ] Continued on Attachment 3h.

6. Number of pages attached: -5-

Date: OCT 0 4 2012

L M Clark

JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT L. Michael Clark

**NOTICE: Any party required to pay child support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.**

FL-341

| PETITIONER/PLAINTIFF: Shelley Warneck<br>RESPONDENT/DEFENDANT: Michael Sternberg | CASE NUMBER:<br>1-12-CP-020194 |
|---|---|

## CHILD CUSTODY AND VISITATION (PARENTING TIME) ORDER ATTACHMENT

TO [ ] *Findings and Order After Hearing* (form FL-340) [X] *Judgment* (form FL-180)
[ ] *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355)
[ ] Other *(specify):*

1. **Jurisdiction.** This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code, commencing with section 3400).
2. **Notice and opportunity to be heard.** The responding party was given notice and an opportunity to be heard, as provided by the laws of the State of California.
3. **Country of habitual residence.** The country of habitual residence of the child or children in this case is
   [X] the United States [ ] other *(specify):*
4. **Penalties for violating this order.** If you violate this order, you may be subject to civil or criminal penalties, or both.
5. [X] **Custody.** Custody of the minor children of the parties is awarded as follows:

| Child's name | Date of birth | Legal custody to *(person who makes decisions about health, education, etc.)* | Physical custody to *(person with whom the child lives)* |
|---|---|---|---|
| Evan Michael Warneck | 3/9/2009 | both parents | reserved |
| Nathan James Warneck | 7/29/201 | both parents | reserved |

6. [ ] **Child abduction prevention.** There is a risk that one of the parents will take the children out of California without the other parent's permission. (*Child Abduction Prevention Orders Attachment* (form FL-341(B)) must be attached and must be obeyed.)
7. [X] **Visitation (parenting time)**
   a. [ ] Reasonable right of visitation to the party without physical custody (not appropriate in cases involving domestic violence)
   b. [ ] See the attached ________ -page document.
   c. [ ] The parties will go to mediation at *(specify location):*
   d. [ ] No visitation
   e. [X] Visitation (parenting time) for the [ ] petitioner [ ] respondent [ ] other *(name):*
   will be as follows:

   (1) [ ] **Weekends starting** *(date):*
   *(The first weekend of the month is the first weekend with a Saturday.)*
   [ ] 1st [ ] 2nd [ ] 3rd [ ] 4th [ ] 5th weekend of the month
   from ________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
   to ________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.

   (a) [ ] The parents will alternate the fifth weekends, with the [ ] petitioner [ ] respondent [ ] other *(name):* having the initial fifth weekend, which starts *(date):*

   (b) [ ] The petitioner will have fifth weekends in [ ] odd [ ] even months.

*THIS IS A COURT ORDER.*

FL-341

| PETITIONER/PLAINTIFF: Shelley Warneck<br>RESPONDENT/DEFENDANT: Michael Sternberg | CASE NUMBER<br>1-12-CP-020194 |
|---|---|

7. e. (2) [ ] **Alternate weekends starting** *(date):*
The [ ] petitioner [ ] respondent [ ] other *(name):* will have the children with him or her during the period
from *(day of week)* at *(time)* [ ] a.m. [ ] p.m.
to *(day of week)* at *(time)* [ ] a.m. [ ] p.m.

(3) [ ] **Weekdays starting** *(date):*
The [ ] petitioner [ ] respondent [ ] other *(name):* will have the children with him or her during the period
from *(day of week)* at *(time)* [ ] a.m. [ ] p.m.
to *(day of week)* at *(time)* [ ] a.m. [ ] p.m.

(4) [X] **Other** *(specify days and times as well as any additional restrictions):* reserved

[ ] See Attachment 7e(4).

8. [ ] The court acknowledges that criminal protective orders in case number *(specify):*
In *(specify court):* relating to the parties in this case are in effect under Penal Code section 136.2, are current, and have priority of enforcement.

9. [ ] **Supervised visitation.** Until [ ] further order of the court [ ] other *(specify):*
the [ ] petitioner [ ] respondent [ ] other *(name):* will have supervised visitation with the minor children according to the schedule

set forth on page 1. (You must attach *Supervised Visitation Order* (form FL-341(A).)

10. [ ] **Transportation for visitation**
a. The children must be driven only by a licensed and insured driver. The car or truck must have legal child restraint devices.
b. [ ] Transportation to the visits will be provided by the [ ] petitioner [ ] respondent [ ] other *(specify):*
c. [ ] Transportation from the visits will be provided by the [ ] petitioner [ ] respondent [ ] other *(specify):*
d. [ ] The exchange point at the beginning of the visit will be at *(address):*
e. [ ] The exchange point at the end of the visit will be at *(address):*
f. [ ] During the exchanges, the parent driving the children will wait in the car and the other parent will wait in his or her home while the children go between the car and the home.
g. [ ] Other *(specify):*

11. [X] **Travel with children.** The [ ] petitioner [X] respondent [ ] other *(name):*
must have written permission from the other parent or a court order to take the children out of
a. [ ] the state of California.
b. [ ] the following counties *(specify):*
c. [X] other places *(specify):* the south bay area.

***THIS IS A COURT ORDER.***

FL-341

| PETITIONER/PLAINTIFF: Shelley Warneck<br>RESPONDENT/DEFENDANT: Michael Sternberg | CASE NUMBER<br>1-12-CP-020194 |
|---|---|

12. [X] **Holiday schedule.** The children will spend holiday time as listed [X] below [ ] in the attached schedule. (*Children's Holiday Schedule Attachment* (form FL-341(C)) may be used for this purpose.)

Reserved

13. [ ] **Additional custody provisions.** The parents will follow the additional custody provisions listed [ ] below [ ] in the attached schedule. (*Additional Provisions—Physical Custody Attachment* (form FL-341(D)) may be used for this purpose.)

14. [ ] **Joint legal custody.** The parents will share joint legal custody as listed [ ] below [ ] in the attached schedule. (*Joint Legal Custody Attachment* (form FL-341(E)) may be used for this purpose.)

15. [X] Other *(specify)*: On a temporary basis and without prejudice, the children shall live primarily with Mother and shall be in father's custody 5 times per week, 3 times for 7 hours and 2 times for 4 hours.

***THIS IS A COURT ORDER.***

FL-192

# NOTICE OF RIGHTS AND RESPONSIBILITIES

## Health-Care Costs and Reimbursement Procedures

**IF YOU HAVE A CHILD SUPPORT ORDER THAT INCLUDES A PROVISION FOR THE REIMBURSEMENT OF A PORTION OF THE CHILD'S OR CHILDREN'S HEALTH-CARE COSTS AND THOSE COSTS ARE NOT PAID BY INSURANCE, THE LAW SAYS:**

**1. Notice.** You must give the other parent an itemized statement of the charges that have been billed for any health-care costs not paid by insurance. You must give this statement to the other parent within a reasonable time, but no more than 30 days after those costs were given to you.

**2. Proof of full payment.** If you have already paid all of the uninsured costs, you must (1) give the other parent proof that you paid them and (2) ask for reimbursement for the other parent's court-ordered share of those costs.

**3. Proof of partial payment.** If you have paid only your share of the uninsured costs, you must (1) give the other parent proof that you paid your share, (2) ask that the other parent pay his or her share of the costs directly to the health-care provider, and (3) give the other parent the information necessary for that parent to be able to pay the bill.

**4. Payment by notified parent.** If you receive notice from a parent that an uninsured health-care cost has been incurred, you must pay your share of that cost within the time the court orders; or if the court has not specified a period of time, you must make payment (1) within 30 days from the time you were given notice of the amount due, (2) according to any payment schedule set by the health-care provider, (3) according to a schedule agreed to in writing by you and the other parent, or (4) according to a schedule adopted by the court.

**5. Disputed charges.** If you dispute a charge, you may file a motion in court to resolve the dispute, but only if you pay that charge before filing your motion.

If you claim that the other party has failed to reimburse you for a payment, or the other party has failed to make a payment to the provider after proper notice has been given, you may file a motion in court to resolve the dispute. The court will presume that if uninsured costs have been paid, those costs were reasonable. The court may award attorney fees and costs against a party who has been unreasonable.

**6. Court-ordered insurance coverage.** If a parent provides health-care insurance as ordered by the court, that insurance must be used at all times to the extent that it is available for health-care costs.

a. **Burden to prove.** The party claiming that the coverage is inadequate to meet the child's needs has the burden of proving that to the court.

b. **Cost of additional coverage.** If a parent purchases health-care insurance in addition to that ordered by the court, that parent must pay all the costs of the additional coverage. In addition, if a parent uses alternative coverage that costs more than the coverage provided by court order, that parent must pay the difference.

**7. Preferred health providers.** If the court-ordered coverage designates a preferred health-care provider, that provider must be used at all times consistent with the terms of the health insurance policy. When any party uses a health-care provider other than the preferred provider, any health-care costs that would have been paid by the preferred health provider if that provider had been used must be the sole responsibility of the party incurring those costs.