# EXHIBIT F

Marc Randazza and Michael Sternberg
Email Exchange

(June 5, 2026)

RANDAZZA LEGAL GROUP

**Danielle Darkenwald <dbd@randazza.com>**

# Your new complaint

4 messages

**Marc Randazza** <mjr@randazza.com> Fri, Jun 5, 2026 at 5:13 PM
To: Michael Sternberg <sternberg_michael@yahoo.com>
Cc: Ron Green <rdg@randazza.com>, RLG Las Vegas <rlglv@randazza.com>

Mike,

Your new complaint is an improper third amended complaint.

We *could* move to strike it, but I honestly don't care if you file it. But you should do it the right way. If you file a motion for leave to file it, you may represent that we consent to it. But you should also seek the consent of the other defendants.

I don't know if the judge would care if you file the motion for leave *after* filing the third amended complaint. But again, if you seek leave, you can represent that we consented.

--

---

**Marc John Randazza, JD, MAMC, LLM*** | **Randazza Legal Group**
8991 W. Flamingo Road, Unit B, Las Vegas, NV 89147
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

---

* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

---

**'Michael Sternberg' via RLG Las Vegas** <rlglv@randazza.com> Fri, Jun 5, 2026 at 5:33 PM
Reply-To: Michael Sternberg <sternberg_michael@yahoo.com>
To: Marc Randazza <mjr@randazza.com>
Cc: Ron Green <rdg@randazza.com>, RLG Las Vegas <rlglv@randazza.com>

Totally disinterested in anything you have to say about anything. And once again you are improperly giving legal advice. This from a lawyer who cites Maritime law cases and defrauded the 9th and Gordon on Rooker-Feldman to fight jurisdiction costing me 2 more years with my children. Which I won’t forget.

If u want the 7 day extension I offered to all parties, send me the proposed stipulation.

Sent from my iPhone

> On Jun 5, 2026, at 5:14 PM, Marc Randazza <mjr@randazza.com> wrote:
>
> [Quoted text hidden]

---

**Marc Randazza** <mjr@randazza.com> Fri, Jun 5, 2026 at 5:49 PM
To: Michael Sternberg <sternberg_michael@yahoo.com>
Cc: Ron Green <rdg@randazza.com>, RLG Las Vegas <rlglv@randazza.com>

The reason you haven't gotten anywhere in this case is not because of any decisions here - the Nevada Court is powerless to act as a court of appeals over the California family court. You're in the wrong court. You'll *never* get a judgment out of this court that changes the status of your visitation.

If that's what you want, you wouldn't get it here even if Shelly defaulted.

Your pal,
Marco
[Quoted text hidden]

---

**'Michael Sternberg' via RLG Las Vegas** <rlglv@randazza.com> Fri, Jun 5, 2026 at 6:13 PM
Reply-To: Michael Sternberg <sternberg_michael@yahoo.com>
To: Marc Randazza <mjr@randazza.com>
Cc: Ron Green <rdg@randazza.com>, RLG Las Vegas <rlglv@randazza.com>

Ron,

You should get Marco to stop giving me bad legal advice I didn't ask for before he gets you guys in more trouble than you are already in.

Collateral attacks on void orders and judgements have been around for hundreds of years, which Gordon just recognized in his recent Rooker-Feldman order. And to the extent you continue to file anything in the Nevada federal court that says otherwise, be prepared for the consequences. I know you think you are untouchable because of the ineptitude and corruption of our state and federal government. But let's see what happens when Shelley and the dirty cops helping her sit down for video depositions, and I start worming my way through all of their systems with discovery.

Needless to say, you two have a duty to not participate in frauds on courts. Shelley, at any time, could have given me access to my children. She chose instead to defraud yet another court with your help.

Sent from my iPhone

> On Jun 5, 2026, at 5:49 PM, Marc Randazza <mjr@randazza.com> wrote:
>
> [Quoted text hidden]