Michael C. Sternberg, Self Represented
8545 W Warm Springs Rd Ste A4 #256
Las Vegas, NV 89113
702.234.2539
sternberg_michael@yahoo.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG, E.W., & N.W.<br>Plaintiffs<br>v.<br>SHELLEY WARNECK, et al.<br>Defendants | Consolidated Cases:<br><br>Case No. 2:23-cv-01466-APG-EJY<br>Case No. 2:23-cv-02022-APG-EJY<br><br>**RESPONSE TO NVAG MOTION TO REMOVE FROM SERVICE LIST** |

**DECLARATION & MEMORANDUM OF POINTS AND AUTHORITIES**

On 8/7/26, Jessica Whelan moved the court to remove her from the electronic service list. ECF 394. I oppose the motion. Jessica Whelan is an attorney subject to the disciplinary powers of this court. Pending before the court is my motion for sanctions against this attorney. There will likely be more motions for sanctions against this attorney for violations of the Nevada Rules of Professional conduct, including frivolously asserting and litigating the Rooker-Feldman doctrine – A doctrine, which this court finally conceded does not apply to this case after a tremendous waste of judicial, litigant, and taxpayer resources. See ECF 331.

The court should order Jessica to clarify whether she has ended her employment with NVAG, or simply no longer represents them in this case. If she has ended her employment, she should be ordered to add her personal email address to the electronic service list.

**OATH**

I declare under penalty of perjury under the laws of the United States of America and of the State of Nevada that the foregoing is true and correct, and are based on my personal knowledge.

Dated: August 10, 2026

By: */s/ Michael C. Sternberg*
Michael C. Sternberg
Plaintiff, Self Represented