# EXHIBIT A

**Plaintiff's Email to LVMPD Counsel**

EXHIBIT A

Outlook

## Service of Case No 2:23-cv-01466-APG-EJY

**From** Michael Sternberg <sternberg_michael@yahoo.com>
**Date** Fri 2026-06-05 4:50 PM
**To** Lyssa Anderson <landerson@kcnvlaw.com>
**Cc** Bonnie Jacobs <BJacobs@kcnvlaw.com>; Jeff Garrett <jgarrett@kcnvlaw.com>; Kristopher Kalkowski <KKalkowski@kcnvlaw.com>; Robin Callaway <rcallaway@kcnvlaw.com>; Travis Studdard <tstuddard@kcnvlaw.com>; Wendy Applegate <WApplegate@kcnvlaw.com>

1 attachment (189 KB)
2024-11-14-Crt-Order-MTDLVMPD.pdf;

Despite LVMPD General Counsel agreeing to accept service on behalf of the LVMPD defendants in this case, you frivolously objected in your Motion to Dismiss. Please advise if you are going to stipulate to appearing and waiving service for all LVMPD defendants. I am not going to use the mail waiver process. If you refuse, I will have all of the defendants served, and then I will go in front of the cameras at the Nevada Supreme Court at an administrative hearing to report you and your firm for wasting my resources, for other misconduct, and for defrauding taxpayers. My last appearance there got 55k views on YouTube and 66k views on X.

Sincerely,

Michael Sternberg