**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL C. STERNBERG,

Plaintiff

v.

SHELLEY WARNECK, et al.,

Defendants

Case No.: 2:23-cv-01466-APG-EJY

**Order Staying Deadline**

I previously set an October 30 deadline for certain defendants to indicate whether they wish to withdraw their already filed motions to dismiss and file new motions directed at the May 29 version of plaintiff Michael Sternberg's second amended complaint, or whether they believe the motions adequately address the factual allegations and claims in the May 29 version even if the motions cite to the June 5 version. ECF No. 398. Sternberg thereafter filed a motion to amend, requesting leave to amend to the June 5 version. ECF No. 401. In that motion, he requests that I suspend the October 30 deadline until his motion to amend is resolved. I grant that request to avoid unnecessary briefing should the motion to amend be granted.

I THEREFORE ORDER the October 30, 2026 deadline I set in ECF No. 398 is STAYED pending further order of the court.

DATED this 21st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE