UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No. 2:23-cv-01466-APG-EJY

# EXHIBIT A

Justice Court Las Vegas Township Clark County, Nevada

Criminal Complaint; Case No. 21CR045166

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY, NEVADA

FILED
2021 OCT -5 A 10: 27
JUSTICE COURT
LAS VEGAS NEVADA
GMH
DEPUTY

THE STATE OF NEVADA,

Plaintiff,

-vs-

MICHAEL CHARLES STERNBERG #1327909,

Defendant.

CASE NO: 21CR045166

DEPT NO: FUG

CRIMINAL COMPLAINT

The Defendant above named having committed the crime of FUGITIVE FROM JUSTICE (NRS 179.203, 179.209 - NOC 54450), in the manner following, to-wit: That the said Defendant, on or about the 29th day of September, 2021, at and within the County of Clark, State of Nevada, is a Fugitive from Justice, to-wit: Complainant alleges that on or before the 28th day of September, 2021, the said Michael Charles Sternberg committed the crime of Family Offense, in the County of El Dorado, State of California, in violation of the Penal Code of said State.

Complainant alleges that said Defendant has been duly and regularly charged in the County of El Dorado, State of California, on or before the 28th day of September, 2021, with the crime of Family Offense, in violation of the Penal Code of said State, and Warrant of Arrest issued out of said State, on September 28th, 2021, being Warrant No. W474789517.

Complainant alleges that said Defendant has fled from justice from the State of California, and is now within the State of Nevada.

All of which is contrary to the form, force and effect of Statutes in such cases made and provided and against the peace and dignity of the State of Nevada. Said Complainant makes this declaration subject to the penalty of perjury.

Caroline C. Morales

10/04/21

21CR045166/jm
(TK8)

21-CR-045166
CRM
Criminal Complaint
14094019

DOCUMENT8