Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Randazza Legal Group, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendant
Shelley Warneck

RANDAZZA | LEGAL GROUP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL C. STERNBERG,<br><br>Plaintiff,<br><br>vs.<br><br>SHELLEY WARNECK, *et al.*,<br><br>Defendants. | Case No.: 2:23-01466-APG-EJY<br><br>**NOTICE OF NON-OPPOSITION** |
| MICHAEL C. STERNBERG,<br><br>Plaintiff,<br><br>vs.<br><br>SHELLEY WARNECK, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-02022-APG-EJY |

Defendant Shelley Warneck filed her Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 346) on June 12, 2026. Per Local Rule 7-2(b), Plaintiff Sternberg's opposition to that Motion was due 14 days later. Plaintiff Sternberg chose not to file an opposition, and it has now been more than four months since his opposition was due.

//

//

//

RANDAZZA | LEGAL GROUP

As such, Ms. Warneck asks this Court to take notice of Plaintiff Sternberg's non-opposition. Notably, pursuant to Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion … constitutes a consent to the granting of the motion."

Dated: October 30, 2026.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC
/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Randazza Legal Group, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147

*Attorneys for Defendant*
*Shelley Warneck*

Case No. 2:23-cv- cv-01466-APG-EJY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Ronald D. Green

Ronald D. Green

RANDAZZA | LEGAL GROUP